Daniel J. Kornstein (DJK-3264)
William B. Pollard, III (WBP-9252)
Amy C. Gross (ACG-8836)
KORNSTEIN VEISZ WEXLER & POLLARD, LLP
757 Third Avenue
New York, New York 10017
Tel.: 212-418-8600
Fax: 212-826-3640
Attorneys for Moving Defendants

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
SECURITIES INVESTOR PROTECTION        :
CORPORATION,                          : Adv. Pro. No. 08-01789 (BRL)
                                      :
          Plaintiff-Applicant,        : SIPA LIQUIDATION
                                      :
          v.                          : (Substantively Consolidated)
                                      :
BERNARD L. MADOFF INVESTMENT          :
SECURITIES, L.L.C.,                   :
                                      :
          Defendant.                  :
-------------------------------------X
In re:                                :
                                      :
BERNARD L. MADOFF,                    :
                                      :
          Debtor.                     :
-------------------------------------X
IRVING H. PICARD, Trustee of the      :
Liquidation of Bernard L. Madoff      :
Investment Securities, L.L.C.,        : Adv. Pro. No. 10-05415 (BRL)
                                      :
          Plaintiff,                  :
                                      :
          v.                          :
                                      :
AMERICAN SECURITIES                   :
MANAGEMENT, L.P., formerly known      :
as AMERICAN SECURITIES, L.P.,         :
et al.                                :
                                      :
          Defendants.                 :
-------------------------------------X

## LOCAL BANKRUPTCY RULE 5011-1 STATEMENT

341B000NOTACG.00002.wpd

Pursuant to Rule 5011-1 of the Local Bankruptcy Rules for the Southern District of New York, the undersigned counsel for the defendants listed in Exhibit A to the Declaration of Daniel J. Kornstein filed in this Court on November 7, 2011 (D.E. 64) (the "Moving Defendants") states as follows:

1. On November 7, 2011, the Moving Defendants filed in this Court a Motion to Withdraw the Reference of this proceeding to the Bankruptcy Court (the "Motion") (D.E. 63).

2. On November 9, 2011, the Motion was docketed with the Clerk of the United States District Court for the Southern District of New York and was assigned District Court Case No. 11-cv-08018.

3. On November 16, 2011, to the Honorable Jed S. Rakoff, United States District Court Judge, Southern District of New York, accepted Case No. 11-cv-08018 as related to Case No. 11-cv-03605.

Dated:    New York, New York
          November 18, 2011

KORNSTEIN VEISZ WEXLER
& POLLARD, LLP

By: _____
    Daniel J. Kornstein (DJK-3264)
    William B. Pollard, III (WBP-9252)
    Amy C. Gross (ACG-8836)
757 Third Avenue
New York, New York 10017
(212) 418-8600

Attorneys for Moving Defendants

2