**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

          :

SECURITIES INVESTOR PROTECTION       :
CORPORATION,                 :

          :

        Plaintiff-Applicant,     :

          :

    v.                 :

          :

BERNARD L. MADOFF INVESTMENT      :   SIPA Liquidation
SECURITIES LLC,              :   No. 08-01789 (SMB)
          :   (Substantively Consolidated)
        Defendant.        :

          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In re                :

          :

BERNARD L. MADOFF,        :

          :

        Debtor.         :

          :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER CONCERNING FURTHER PROCEEDINGS**
**ON EXTRATERRITORIALITY MOTION**
**AND TRUSTEE'S OMNIBUS MOTION FOR**
**LEAVE TO REPLEAD AND FOR LIMITED DISCOVERY**

WHEREAS:

A.    In certain adversary proceedings in this Liquidation pursuant to the Securities

Investor Protection Act ("SIPA"), the United States District Court for the Southern District of

New York, the Honorable Jed S. Rakoff, entered Orders, items number 97 and 167 on the docket

of 12 mc 115 (JSR), in which he withdrew the reference pursuant to 28 U.S.C. § 157(d) to

determine whether SIPA and/or the Bankruptcy Code as incorporated by SIPA apply

extraterritorially, permitting the Trustee to avoid initial transfers that were received abroad or to

recover from initial, immediate or mediate foreign transferees (the "Extraterritoriality Issue").

B.      The Order entered as item number 167 on the docket of 12 mc 115 (JSR) (the "Consolidated Briefing Order") provided for a consolidated motion to dismiss related to the Extraterritoriality Issue.

C.      The Consolidated Briefing Order directed the defendants that had sought withdrawal of the reference for the District Court to determine the Extraterritoriality Issue (the "Extraterritoriality Defendants") to file a single consolidated motion to dismiss pursuant to Fed. R. Civ. P. 12 (made applicable to the adversary proceedings by Fed. R. Bankr. P. 7012) (the "Extraterritoriality Motion"), and set forth provisions relating to the briefing, argument, and representation of the Extraterritoriality Defendants in connection with the Extraterritoriality Motion.

D.      On July 13, 2012, the Extraterritoriality Defendants filed the Extraterritoriality Motion as item number 234 on the docket of 12 mc 115 (JSR).

E.      On August 17, 2012, the Trustee filed his Memorandum of Law in Opposition to the Extraterritoriality Motion as item number 310 on the docket of 12 mc 115 (JSR), and the Securities Investor Protection Corporation ("SIPC") filed its Memorandum of Law in Opposition to the Extraterritoriality Motion as item number 309 on the docket of 12 mc 115 (JSR).

F.      On August 31, 2012, the Extraterritoriality Defendants filed their Reply Memorandum in Support of the Extraterritoriality Motion as item number 322 on the docket of 12 mc 115 (JSR).

G.      On September 21, 2012, oral argument was held before Judge Rakoff on the Extraterritoriality Issue, a transcript of which was entered as item number 357 on the docket of 12 mc 115 (JSR).

H.      On July 7, 2014, Judge Rakoff entered an Opinion and Order, item number 551

on the docket of 12 mc 115 (JSR) (the "Extraterritoriality Order"), in which he decided certain

matters relating to the Extraterritoriality Motion.

I.      The Extraterritoriality Order concluded:

> In sum, the Court finds that section 550(a) [of the Bankruptcy
> Code] does not apply extraterritorially to allow for the recovery of
> subsequent transfers received abroad by a foreign transferee from a
> foreign transferor. Therefore, the Trustee's recovery claims are
> dismissed to the extent that they seek to recover purely foreign
> transfers.[4]  Except to the extent provided in other orders, the Court
> directs that the following adversary proceedings be returned to the
> Bankruptcy Court for further proceedings consistent with this
> Opinion and Order: (1) those cases listed in Exhibit A of item
> number 167 on the docket of 12-mc-115; and (2) those cases listed
> in the schedule attached to item number 468 on the docket of 12-
> mc-115 that were designated as having been added to the
> "extraterritoriality" consolidated briefing.

> _____
>
> [4] The Trustee argues that dismissal at this stage is inappropriate
> because additional fact-gathering is necessary to determine where
> the transfers took place. However, it is the Trustee's obligation to
> allege "facts giving rise to the plausible inference that" the transfer
> occurred "within the United States." Absolute Activist Value
> Master Fund Ltd. v. Ficeto, 677 F.3d 60, 69 (2d Cir. 2012). Here,
> to the extent that the Trustee's complaints allege that both the
> transferor and the transferee reside outside of the United States,
> there is no plausible inference that the transfer occurred
> domestically. Therefore, unless the Trustee can put forth specific
> facts suggesting a domestic transfer, his recovery actions seeking
> foreign transfers should be dismissed.

J.      On July 28, 2014, Judge Rakoff entered a Stipulation and Supplemental Opinion

and Order as item number 556 on the docket of 12 mc 115 (JSR) in which he supplemented the

Extraterritoriality Order to direct that seven additional adversary proceedings should "also be

returned to the Bankruptcy Court for further proceedings consistent with" the Extraterritoriality

Order.  The adversary proceedings that Judge Rakoff directed to be returned to this Court for

further proceedings consistent with the Extraterritoriality Order are referred to herein as the

"Returned Proceedings."

K.      Attached as Exhibit A is a schedule agreed to by counsel for the Trustee and

counsel for certain of the alleged subsequent transferees listed therein which lists certain

defendants in the Returned Proceedings (a) against which the Trustee asserts claims to recover

subsequent transfers pursuant to 11 U.S.C. § 550(a)(2) and (b) that contend that some or all of

those claims should be dismissed pursuant to the Extraterritoriality Order.

L.      Annexed as Exhibit B is a schedule agreed to by counsel for the Trustee and

counsel for the defendants listed therein which lists certain defendants that did not move to

withdraw the reference to determine the Extraterritoriality Issue (a) against which the Trustee

asserts claims to recover subsequent transfers pursuant to 11 U.S.C. § 550(a)(2) and (b) that

contend that some or all of those counts should be dismissed based on the legal standards

announced in the Extraterritoriality Order.

M.      For each alleged transferor and transferee, Exhibits A and B list as the party's

"Location" the jurisdiction under whose laws the transferors and transferees that are not natural

persons are organized, and the citizenship of the transferors and transferees that are natural

persons, in each case as of the time of the transfers, as alleged in the complaints or as agreed by

the Trustee and the respective transferees.  The parties do not agree, and nothing in this Order

shall preclude any party from presenting any argument, concerning the extent to which such

jurisdiction of organization or citizenship is conclusive in determining whether a transferor is a

"foreign transferor," or a transferee is a "foreign transferee," for purpose of the Extraterritoriality

Order or otherwise.

N.    For each adversary proceeding and defendant, Exhibits A and B identify the

counts, or parts thereof, asserted in the adversary proceeding against that defendant (a) to recover

one or more subsequent transfers made by a transferor that is neither a citizen of, nor an entity

organized under the laws of, the United States (b) pursuant to 11 U.S.C. § 550(a)(2) (the "Listed

Counts").

O.    On August 28, 2014, the Trustee filed a motion seeking leave to replead and an

order authorizing limited discovery (the "Trustee's Motion") (see items 7826, 7827 and 7828 on

the docket of 08-1789 (SMB)).  The Trustee's Motion seeks leave to replead in many but not all

of the adversary proceedings listed in Exhibits A and B, and in other adversary proceedings not

listed in those Exhibits.  The Trustee's Motion seeks limited discovery relevant solely to the

good faith issue from many but not all of the defendants listed as subsequent transferees in

Exhibits A and B, and from other parties not listed as subsequent transferees in those Exhibits.

Attached as Exhibit C is a schedule identifying the proceedings in which the Trustee's Motion

seeks limited discovery with respect to good faith and/or leave to amend the complaint. The

Trustee's Motion was scheduled for a hearing on October 22, 2014.

P.    On September 17, 2014, this Court held a conference to discuss further

proceedings to be conducted in the Returned Proceedings pursuant to the Extraterritoriality Order

and the Trustee's Motion, and directed the parties to confer on a coordinated procedure and

briefing schedule with respect to the same.

NOW, THEREFORE, the Court being fully advised, it is hereby

ORDERED:

1.    The defendants listed as subsequent transferees in Exhibits A and B (the

"Transferee Defendants"), the Trustee, and SIPC shall submit supplemental briefing on the

Extraterritoriality Motion to address, pursuant to the procedures set forth below, the issues of (a)

which of the Listed Counts, if any, should be dismissed pursuant to the Extraterritoriality Order

or the legal standards announced therein and (b) whether the Trustee shall be permitted to file

amended complaints containing allegations relevant to the Extraterritoriality Issue as proffered

by the Trustee.  The Transferee Defendants listed on Exhibit B shall be deemed to have joined in

the Extraterritoriality Motion.  If any Transferee Defendant has a separate motion pending to

dismiss based on the Extraterritoriality Issue, that motion is adjourned pending the Hearing Date

on the Extraterritoriality Motion.

2.       On or before 21 days from the date of this Order, the Transferee Defendants shall

file a single consolidated supplemental memorandum of law, not to exceed 30 pages in length, in

support of the dismissal of the Listed Counts, or any portion thereof, pursuant to the

Extraterritoriality Order or the legal standards announced therein (the "Transferee Defendants'

Supplemental Memorandum").

3.       On or before 81 days from the date of this Order, the Trustee and SIPC may each

file a consolidated supplemental memorandum of law opposing the dismissal of the Listed

Counts and seeking leave to amend the complaints to add allegations relevant to the

Extraterritoriality Issue proffered pursuant to the procedures set forth below (the "Trustee's

Consolidated Supplemental Memorandum").  In view of the number of Transferee Defendants

involved in the briefing, the Trustee shall have 50 pages for the consolidated supplemental

memorandum, plus additional addenda, not to exceed five pages each, detailing the reasons why

the Listed Counts against specific Transferee Defendants, or any portion thereof, should not be

dismissed.

4.       In all proceedings listed in Exhibits A or B in which the Trustee seeks to amend to

add allegations relevant to the Extraterritoriality Issue but does not seek discovery in the

Trustee's Motion, as identified on Exhibit C, the Trustee's submission shall include the Trustee's

proposed amended complaint and identification of the new allegations that are relevant to the

Extraterritoriality Issue.

5.      For each proceeding listed in Exhibits A or B in which the Trustee's Motion seeks

to amend to add allegations relevant to the Extraterritoriality Issue and also seeks discovery

relevant to the good faith issue, as identified on Exhibit C, the Trustee's submission shall include

proffered allegations as to the Extraterritoriality Issue that would be included in a proposed

amended complaint in such proceeding to be filed pursuant to the schedule set forth below.  The

proffered allegations will be set forth with enough specificity to permit the Court to determine

whether the proposed amendment in each adversary proceeding would be futile.

6.      The Trustee's submission shall also include a chart summarizing the Trustee's

position as to why the Extraterritoriality Motion should be denied.

7.      The Trustee's use of information contained in Confidential Material produced by

the Transferee Defendants or their affiliates subject to the Litigation Protective Order (D.I. 4137)

or any other applicable Protective Order or other confidentiality agreement to prepare the

proffered amended complaints or the proffered allegations as to the Extraterritoriality Issue, as

set forth in paragraphs 4-5 above, without publicly identifying the source of such information,

shall not constitute a violation of the Litigation Protective Order, *provided*, that this paragraph

does not affect the Trustee's obligations with respect to documents provided pursuant to an

agreement that they would be used for settlement purposes only, and not in litigation.  The

provisions of this paragraph 7 shall not apply to information or documents produced by UBS

AG, UBS (Luxembourg) SA, UBS Fund Services (Luxembourg) SA, UBS Third Party

Management Company SA, Merrill Lynch International, or any of their respective affiliates.

8.      On or before 141 days from the date of this Order, the Transferee Defendants may submit a single consolidated reply memorandum in support of dismissal of the Listed Counts or parts thereof, and in opposition to the Trustee's Consolidated Supplemental Memorandum, not to exceed 40 pages in length (the "Transferee Defendants' Supplemental Reply Memorandum").  In addition, any defendant concerning which the Trustee makes any specific arguments may submit a five-page memorandum (a "Five-Page Memorandum") in response to such arguments.  The Transferee Defendants' Supplemental Reply Memorandum and the Five-Page Memoranda need not address the question of whether the Trustee should be permitted to amend the complaints in the proceedings referred to in paragraph 4 to add any allegations other than those that are identified as relevant to the Extraterritoriality Issue, and briefing on the issue of whether the Trustee shall be permitted to amend the complaints in those proceedings to add allegations relevant to the good faith issue shall be deferred and scheduled pursuant to paragraph 14.

9.      The papers referred to in paragraphs 1-8 above shall be filed in the main adversary proceeding and each adversary proceeding listed in Exhibits A and B, with a docket entry referring to the "Extraterritoriality Motion," and with copies delivered by hand to the Court, and such filing shall constitute good and sufficient service of such papers on all parties, *provided*, that a Five-Page Memorandum need only be filed in the main adversary proceeding and each adversary proceeding listed in Exhibits A and B in which the defendant to which it relates is a party.

10.     The Court will hold oral argument on the issues set forth in paragraph 1 above ~~at ____ o'clock on [date]~~ **on a date to be fixed by the Court** (the "Hearing Date").**[SMB 12/10/14]**

11.    No later than one week after filing the Transferee Defendants' Supplemental Reply Memorandum, the Transferee Defendants shall designate one lead counsel to advocate their position at oral argument on the Hearing Date, but any other attorney who wishes to be heard may appear and so request.

12.    The time for all defendants in any of the adversary proceedings listed on Exhibits A or B to respond to the complaints is extended to 30 days after the Court decides whether any counts of the respective complaints or portions thereof should be dismissed pursuant to the Extraterritoriality Motion, subject to the additional extensions specified in paragraphs 13 and 15 below.

13.    In any proceeding in which the Trustee seeks permission to amend the complaint solely to add allegations relevant to the Extraterritoriality Issue, the defendants' time to respond to the complaint shall be extended to 30 days after the Court denies the motion or the Trustee files the amended complaint, without prejudice to such further extensions as the Court may allow, on agreement of the parties or otherwise.  In any proceeding in which the Trustee seeks to amend the complaint to add allegations relevant to the good faith issue, the defendants' time to respond to the complaint shall be determined in accordance with paragraph 15.

14.    Further proceedings on the Trustee's Motion insofar as it seeks (a) limited discovery, (b) leave to amend the complaints in the proceedings listed in Exhibits A and B to add allegations relevant to the good faith issue, and/or (c) leave to amend the complaints to add allegations relevant to the extraterritoriality issue in proceedings listed on Exhibit C but not listed in Exhibits A or B shall be scheduled by the Court following the decision on the Extraterritoriality Motion.  In order to avoid requiring the Trustee to file successive amended complaints adding allegations concerning extraterritoriality and good faith, the Trustee shall not

be required to file an amended complaint in a proceeding in which he seeks limited discovery

and/or leave to amend the complaints to add allegations relevant to the good faith issue until after

the Court has decided the Trustee's Motion insofar as it seeks limited discovery and leave to

amend to add allegations relevant to good faith.

15.    The time for each defendant to respond to the complaint in the proceedings in

which the Trustee's Motion seeks limited discovery and/or leave to amend the complaints to add

allegations relevant to issues other than the Extraterritoriality Issue is extended to 30 days after

the earlier of the filing of an amended complaint in the proceeding in which the defendant is

named or the entry of an order denying the Trustee leave to amend the complaint in that

proceeding to add allegations relevant to issues other than the Extraterritoriality Issue, without

prejudice to such further extensions as the Court may allow, on agreement of the parties or

otherwise.

16.    All communications and documents (including drafts) exchanged between and

among any of the defendants in any of the adversary proceedings listed in Exhibits A and B,

and/or their respective attorneys, shall be deemed to be privileged communications and/or work

product, as the case may be, subject to a joint interest privilege.

17.    Nothing in this Order, the exhibits hereto, or the proceedings pursuant to this

Order shall waive or resolve any issue raised or that could be raised by any party other than the

issues set forth in paragraph 14 and, as to the Transferee Defendants and the Trustee, the issues

set forth in paragraph 1.  Without limitation, nothing in this Order, the exhibits hereto, or the

proceedings pursuant to this Order shall limit, restrict, or impair any defense, right, or argument

that has been raised or could be raised by any defendant in a motion to dismiss under Fed. R.

Civ. P. 12 or Fed. R. Bankr. P. 7012, or any other defense, right, or argument of any nature

available to any defendant not previously waived (including, without limitation, all defenses

based on lack of personal jurisdiction or insufficient service of process), or any defense, right, or

argument that could be raised by the Trustee or SIPC in response thereto.  The proceedings

pursuant to this Order shall have no effect on (a) any motion to dismiss any claims other than the

Listed Counts, based on arguments relating to the extraterritorial application of any provision of

SIPA or the Bankruptcy Code or otherwise, or (b) any motion to dismiss the Listed Counts or

any counts of any amended complaint based on matters outside the pleadings that may be

considered on a motion to dismiss, or (c) any defense, right, or argument that could be raised by

the Trustee or SIPC in response to any motion described in (a) or (b).  The Trustee reserves his

rights, if any, pursuant to Fed. R. Civ. P. 15.

18.     Nothing in this Order shall constitute an agreement or consent by any defendant

to pay the fees and expenses of any attorney other than such defendant's own retained attorney.

This paragraph shall not affect or compromise any rights of the Trustee or SIPC.

19.     This Order may be modified by the Court sua sponte or at the request of any party

for good cause shown.


Dated:  New York, New York
        December 10th, 2014

                              SO ORDERED.


                              /s/ STUART M. BERNSTEIN_____
                              THE HONORABLE STUART M. BERNSTEIN
                              UNITED STATES BANKRUPTCY JUDGE

# **<u>EXHIBIT A</u>**

## CONSOLIDATED EXTRATERRITORIALITY MOTION[1, 2]

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | CLAIMS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 1 | *Picard v. Vizcaya Partners Ltd., Banque Jacob Safra (Gibraltar) Ltd., Siam Capital Management, Asphalia Fund Ltd., and Zeus Partners Ltd.* | 09-1154-SMB 12-cv-2588-JSR | Katten Muchin Rosenman LLP | Vizcaya Partners Ltd. (BVI) | Zeus Partners Ltd. (BVI) | Counts 3-6 |
| 2a | *Picard v. Federico Ceretti, Carlo Grosso, Kingate Global Fund Ltd., Kingate Euro Fund Ltd., Kingate Management Ltd., FIM Advisers LLP, FIM Ltd., Citi Hedge Fund Services Ltd., First Peninsula Trustees Ltd. (individually and as trustee of the Ashby Trust), The Ashby Trust, Ashby Investment Services Ltd., Alpine Trustees Ltd. (individually and as trustee of El Prela Trust), Port of Hercules Trustees Ltd. (individually, and as trustee of El Prela Trust), El Prela Trust, El Prela Group Holding Services, Ashby Holdings Services Ltd., El Prela Trading Investments Ltd., and HSBC Bank Bermuda Ltd.* | 09-1161-SMB 11-cv-7134-JSR | Freshfields Bruckhaus Deringer US LLP | Kingate Management Ltd. (Bermuda) and certain of the foreign subsequent transferees | First Peninsula Trustees Ltd. (Liberia), The Ashby Trust (BVI or Liberia), Ashby Investment Services Ltd. (BVI), Alpine Trustees Ltd. (Liberia), Port of Hercules Trustees Ltd. (BVI), El Prela Trust (BVI or Liberia), El Prela Group Holding Services (BVI), Ashby Holdings Services Ltd. (BVI), El Prela Trading Investments Ltd. (BVI) | Count 9 |

---

[1]    These Schedules show the jurisdiction under whose laws the transferors and transferees that are not natural persons are organized, and the citizenship of the transferors and transferees that are natural persons, in each case as of the time of the transfers, as alleged in the complaints or as agreed by the Trustee and the transferee. The parties do not agree, and nothing in this Order shall preclude any party from presenting any argument, concerning the extent to which such jurisdiction of organization or citizenship is conclusive in determining whether a transferor is a "foreign transferor," or a transferee is a "foreign transferee," for purpose of the Extraterritoriality Order or otherwise.

[2]    In the column furthest to the right, "All Counts" means all counts in the adversary proceeding. An identification of counts that is underlined, as in "Count 9," indicates that the counts subject to the motion include all the claims against the Foreign Subsequent Transferees in the entry, other than counts that were previously dismissed.

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | CLAIMS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 2b | *Picard v. Federico Ceretti, et al. (see 2a above)* | 09-1161-SMB 11-cv-7134-JSR | Paul Hastings LLP | Kingate Global Fund Ltd. (BVI), Kingate Euro Fund Ltd. (BVI), Kingate Management Ltd. (Bermuda) | FIM Ltd. (UK), FIM Advisers (UK) | Count 9 |
| 2c | *Picard v. Federico Ceretti, et al. (see 2a above)* | 09-1161-SMB 11-cv-7134-JSR | Paul Hastings LLP | First Peninsula Trustees Ltd. (Liberia), The Ashby Trust (BVI or Liberia), Ashby Investment Services Ltd. (BVI), Alpine Trustees Ltd. (Liberia), Port of Hercules Trustees Ltd. (BVI), El Prela Trust (BVI or Liberia), El Prela Group Holding Services (BVI), Ashby Holdings Services Ltd. (BVI), El Prela Trading Investments Ltd. (BVI), Kingate Global Fund Ltd. (BVI), Kingate Euro Fund Ltd. (BVI), and/or Kingate Management Ltd. (Bermuda), FIM Ltd. (UK), FIM Advisers (UK) | Federico Ceretti (Italy), Carlo Grosso (Italy) | Count 9 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 3a | *Picard v. Fairfield Sentry Ltd., Greenwich Sentry L.P., Greenwich Sentry Partners L.P., Fairfield Sigma Ltd., Fairfield Lambda Ltd., Fairfield Investment Fund Ltd., Fairfield Investors (Euro) Ltd., Stable Fund, Fairfield Greenwich Ltd., Fairfield Greenwich (Bermuda) Ltd., Fairfield Greenwich Advisors LLC, Fairfield International Managers Inc., Walter Noel, Jeffrey Tucker, Andres Piedrahita, Mark McKeefry, Daniel Lipton, Amit Vijayvergiya, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Robert Blum, Andrew Smith, Harold Greisman, Gregory Bowes, Corina Noel Piedrahita, Lourdes Barreneche, Cornelis Boele, Santiago Reyes, Jacqueline Harary* | 09-1239-SMB 12-cv-2638-JSR | Simpson Thacher & Bartlett LLP; Dechert LLP | Fairfield Sentry Ltd. (BVI), Fairfield Greenwich Ltd. (Cayman Islands), Fairfield Greenwich (Bermuda) Ltd. (Bermuda) ; Fairfield Greenwich (U.K.) Ltd. (U.K.) Fairfield Sigma Ltd. (BVI), Fairfield Lambda Ltd. (BVI), Chester Global Strategy Fund Ltd. (Cayman Islands), Irongate Global Strategy Fund Ltd. (Cayman Islands), Fairfield Greenwich Fund (Luxembourg) (Lux.), Fairfield Investment Fund Ltd. (BVI), Fairfield Investors (Euro) Ltd. (BVI), Fairfield Investors (Swiss Franc) Ltd. (BVI), Fairfield Investors (Yen) Ltd. (BVI), Fairfield Investment Trust (Cayman Islands), FIF Advanced Ltd. (BVI), Sentry Select Ltd. (BVI), Greenwich Bermuda Ltd. (Bermuda), | Fairfield Greenwich Ltd. (Cayman Islands), Fairfield Greenwich (Bermuda) Ltd. (Bermuda), Andres Piedrahita (Colombia), Amit Vijayvergiya (Canada), Gordon McKenzie (Canada), Corina Piedrahita (Brazil and U.S.), Richard Landsberger (U.S.), Philip Toub (U.S.), Harold Greisman (U.S.), Andrew Smith (U.S.) | Counts 4, 7, 10, 13, 16, 19, 22, 25 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| | | | | Chester Management (Cayman) Ltd. (Cayman Islands). | | |
| 3b | *Picard v. Fairfield Sentry Ltd., et al. (see 3a above)* | 09-1239-SMB 12-cv-2619-JSR | Wollmuth Maher & Deutsch LLP | Fairfield Sentry Ltd. (BVI) | Fairfield Investment Fund Ltd. (BVI) | Counts 4, 7, 10, 13, 16, 19, 22, 25 |
| | | | | Fairfield Investment Fund Ltd. (BVI) | Fairfield Investors (Euro) Ltd. (BVI) | Counts 4, 7, 10, 13, 16, 19, 22, 25 |
| 4a | *Picard v. HSBC Bank, plc, HSBC Securities Services (Luxembourg) S.A., HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd., HSBC Institutional Trust Services (Bermuda) Ltd., HSBC Bank USA, N.A., HSBC Securities Services (Bermuda) Ltd., HSBC Bank (Cayman) Ltd., HSBC Private Bank Holdings (Suisse) S.A., HSBC Private Bank (Suisse) S.A., HSBC Fund Services (Luxembourg) S.A., HSBC Bank Bermuda Ltd., Herald Fund SPC, Herald (Lux) Sica V, Primeo Fund, Alpha Prime Fund Ltd., Senator Fund SPC, Hermes International Fund Ltd., Lagoon Investment Ltd., Thema Fund Ltd., Thema Wise Investments Ltd., Thema International Fund PLC, GEO Currencies Ltd. S.A., Herald Asset Management Ltd., 20:20 Medici AG, Unicredit Bank Austria AG, BA Worldwide Fund Management Ltd., Eurovaleur, Inc. Pioneer Alternative Investment Management Ltd., Alpha Prime Asset Management Ltd., Regulus Asset Management Ltd., Carruba Asset Management Ltd., Genevalor, Benbassat Et Cie, Hermes Asset Management Ltd., Thema Asset Management (Bermuda* | 09-1364-SMB 11-cv-6524-JSR | Morrison & Foerster LLP | Herald Fund SPC (Cayman Islands), Alpha Prime Fund Ltd. (Bermuda) | Primeo Fund (Cayman Islands) | Counts 2 and 10 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| | *Ltd., Thema Asset Management Ltd., Equus Asset Management, Ltd., Equus Asset Management Partners, L.P., Aurelia Fund Management Ltd., Ursula Radel-Leszczynski, Sonja Kohn, Erwin Kohn, Mario Benbassat, Alberto Benbassat, Stephane Benbassat, David T. Smith, Roberto Nespolo, Laurent Mathysen-Gerst, Olivier Ador, Pascal Cattaneo, Vladimir Stepczynski, Jean-Marc Wenger, Lagoon Investment Trust, Unicredit S.p.A., Inter Asset Management, Inc., GTM Management Services Corp. N.V., T+M Trusteeship & Management Services S.A., Aurelia Asset Management Partners, Cape Investment Advisors Ltd., and Tereo Trust Company Ltd.* | | | | | |
| 4b | *Picard v. HSBC Bank, plc, et al. (see 4a above)* | 09-1364-SMB 12-cv-2162-JSR | Sullivan & Worcester LLP | "Feeder Fund Defendants" (Cayman Islands, Lux., Bermuda, BVI, Ireland, and/or Panama) | UniCredit Bank Austria AG (Austria) | Counts 2 and 10 |
| 4c | *Picard v. HSBC Bank, plc, et al. (see 4a above)* | 09-1364-SMB 12-cv-2239-JSR | Skadden, Arps, Slate, Meagher, & Flom LLP | "Feeder Fund Defendants" (Cayman Islands, Lux., Bermuda, BVI, Ireland, and/or Panama) | Unicredit S.p.A. (Italy), Pioneer Alternative Investment Management Ltd. (Ireland) | Counts 2 and 10 |

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 4d | *Picard v. HSBC Bank, plc, et al. (see 4a above)* | 09-1364-SMB 12-cv-2431-JSR | Cleary Gottlieb Steen & Hamilton LLP | Primeo Fund (Cayman Islands), Herald Fund SPC (Cayman Islands), Herald Lux (Lux.), Alpha Prime Fund Ltd. (Bermuda), Senator Fund (Cayman Islands), Hermes International Fund (BVI), Lagoon Investment Ltd. (BVI), Thema Fund Ltd. (BVI), Thema Wise Investments (BVI), Thema International Fund (Ireland), Geo Currencies Ltd. (Panama), Lagoon Investment Trust (BVI), Harley (Cayman Islands), Thema International (Ireland), Rye Select Broad Market Portfolio Ltd. (Cayman Islands) | HSBC Bank plc (England/Wales), HSBC Holdings plc (England/Wales), HSBC Securities Services (Lux.) S.A., HSBC Institutional Trust Services (Ireland) Ltd., HSBC Securities Services (Ireland) Ltd., HSBC Institutional Trust Services (Bermuda) Ltd., HSBC Securities Services (Bermuda) Ltd., HSBC Bank (Cayman Islands) Ltd., HSBC Private Banking Holdings (Suisse) S.A., HSBC Private Bank (Suisse) S.A., HSBC Fund Services (Luxembourg) S.A., and HSBC Bank Bermuda Ltd. (Bermuda) | Counts 2, 10, 13, 14, 15, 16, 17, 18,19 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 4e | *Picard v. HSBC Bank, plc, et al. (see 4a above)* | 09-1364-SMB 12-cv-3401-JSR | Debevoise & Plimpton LLP; Willkie Farr & Gallagher LLP; Bingham McCutchen LLP | Lagoon Investment Limited (BVI), Hermes International Fund Ltd. (BVI), Thema Wise Investments Limited (BVI), Thema Fund Limited (BVI), Thema International Fund plc (Ireland) | Thema International Fund plc (Ireland), Hermes International Fund Ltd. (BVI), Lagoon Investment Ltd. (BVI), Lagoon Investment Trust (BVI), Equus Asset Management Ltd. (Bermuda), Equus Asset Management Partners, L.P. (Bermuda), Genevalor, Benbassat & Cie (Switz.), Cape Investment Advisors Ltd. (Bermuda), Hermes Asset Management Ltd. (Bermuda), Thema Asset Management (Bermuda) Ltd. (Bermuda), Thema Asset Management Ltd. (BVI), Aurelia Fund Management Ltd. (Bermuda), Aurelia Asset Management Partners (Bermuda), Alberto Benbassat (Switz.), Stephane Benbassat (Switz.), Estate of Mario Benbassat (Switz.), Roberto Nespolo (Switz. And Italy), David Smith (UK); Laurent Mathysen-Gerst (Switz.), Wladimir Stepcynski (Switz.), Jean-Marc Wenger (Switz.), Pascal Cattaneo (Switz.), Olivier Ador (Switz.) | Counts 2 and 10 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 5 | *Picard v. Plaza Investments International Ltd. and Notz Stucki Management (Bermuda) Ltd.* | 10-4284-SMB 12-cv-2646-JSR | Debevoise & Plimpton LLP | Plaza Investments International Ltd. (BVI) | Notz Stucki Management (Bermuda) Ltd. (Bermuda) | Counts 2 and 10 |
| 6 | *Picard v. Cardinal Management Inc. and Dakota Global Investments Ltd.* | 10-4287-SMB 12-cv-2981-JSR | Clifford Chance US LLP | Cardinal Management (St. Lucia) | Dakota Global (BVI) | Counts 2 and 9 |
| 7 | *Picard v. Square One Fund Ltd., Luc D. Estenne, Square Asset Management Ltd., Partners Advisers S.A., Circle Partners, and Kathryn R. Siggins* | 10-4330-SMB 12-cv-2490-JSR | Thompson Hine LLP; Brune & Richard LLP; Bernfeld, DeMatteo & Bernfeld, LLP | Square One (BVI) | Luc Estenne (Belgium/ Switzerland), Square Asset Management (BVI), Partners Advisers (Switz.), Circle Partners (Netherlands), Kathryn Siggins (UK) | Counts 2 and 10 |
| 8 | *Picard vs. The Estate of Doris Igoin, Laurence Apfelbaum (individually and in her capacities as executor and beneficiary of the Estate (Succession) of Doris Igoin), and Emilie Apfelbaum* | 10-4336-SMB 12-cv-2872-JSR | Kelley Drye & Warren LLP | Laurence Apfelbaum (France), Emilie Apfelbaum (France), Doris Igoin/Estate of Doris Igoin (France), Emilie Apfelbaum (France) | Laurence Apfelbaum (France), Estate of Doris Igoin (France) | Count 7 |
| 9 | *Picard v. Equity Trading Portfolio Ltd., Equity Trading Fund, Ltd., BNP Paribas Arbitrage SNC* | 10-4457-SMB 11-cv-7810-JSR | Cleary Gottlieb Steen & Hamilton LLP | Equity Trading (BVI), Equity Trading Fund (Cayman Islands) | BNP Paribas Arbitrage SNC (France) | Counts 8 and 9 |
| 10 | *Picard v. Radcliff Investments Limited, Rothschild Trust Guernsey Limited, and Robert D. Salem* | 10-4517-SMB 12-cv-2982-JSR | Clifford Chance US LLP | Radcliff Investments Ltd. (Cayman Islands) | Rothschild Trust Guernsey Limited (Guernsey) | Count 7 |
| 11a | *Picard v. Oreades Sicav, Inter Investissements S.A. (f/k/a Inter Conseil S.A.), BNP Paribas Investment Partners Luxembourg S.A. (f/k/a BNP Paribas Asset Management Luxembourg S.A., f/k/a Parvest Investment Management Company S.A.), BGL BNP Paribas S.A., and BNP Paribas Securities Services, S.A.* | 10-5120-SMB 11-cv-7763-JSR | Cleary Gottlieb Steen & Hamilton LLP; | Oreades SICAV (Lux.) | BNP Paribas Investment Partners Luxembourg S.A. (Lux.), BGL BNP Paribas S.A. (Lux.), BNP Paribas Securities Services S.A (France) | Count 5 |

8

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 11b | *Picard v. Oreades Sicav, Inter Investissements S.A. (f/k/a Inter Conseil S.A.), BNP Paribas Investment Partners Luxembourg S.A. (f/k/a BNP Paribas Asset Management Luxembourg S.A., f/k/a Parvest Investment Management Company S.A.), BGL BNP Paribas S.A., and BNP Paribas Securities Services, S.A.* | 10-5120-SMB 11-cv-7763-JSR | Paul Weiss, Rifkind Wharton & Garrisen LLP; | Oreades SICAV (Lux.) | Inter Investissements (f/k/a Inter Conseil S.A. (Lux.) | Count 5 |
| 12 | *Picard v. Defender Ltd., Reliance Management (BVI) Ltd., Reliance Management (Gibraltar) Ltd., Reliance International Research LLC, and Tim Brockman* | 10-5229-SMB 12-cv-2800-JSR | Morrison & Foerster LLP | Defender Ltd. (BVI) | Reliance Management (BVI) Ltd. (BVI) | Counts 2 and 9 |
| 13 | *Picard v. Leon Flax, Turret Corporation (f/k/a Woodstock Corporation, f/k/a Lehigh Corporation), Eastside Investment Ltd., The Tower Trust, Investec Trust (Switzerland) S.A. (as Trustee of The Tower Trust), Radcliffes Trustee Company (as Trustee of the Tower Trust), R&H Trust Co. (Jersey) Ltd. (as Trustee of The Tower Trust), and Wellington Trustees (BVI) Ltd. (as Trustee of The Tower Trust)* | 10-5267-SMB 12-cv-2928-JSR | Katten Muchin Rosenman LLP; K&L Gates | Leon Flax (London), Turret Corp. (BVI), Eastside Investment Ltd. (Jersey, principal place of business Switzerland), The Tower Trust (Trustees located in BVI, Jersey, and Switzerland), Investec Trust (Switzerland) S.A. (Switzerland), Radcliffes Trustee Co. (Switzerland), R&H Trust Co. (Jersey) Ltd. (Jersey), Wellington Trustees (BVI) Ltd. (BVI) | Leon Flax (London), Tower Trust (Trustees located in BVI, Jersey, and Switzerland) | Count 8 |
| 14 | [This line intentionally left blank.] | | | | | |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 15a | *UBS AG, UBS (Luxembourg) S.A., UBS Fund Services (Luxembourg) S.A., UBS Third Party Management Company S.A., M&B Capital Advisers Sociedad de Valores, S.A., Reliance International Research LLC, Reliance Management (Gibraltar) Ltd., Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus, as represented by their Liquidators Maitre Alain Rukavina and Paul Laplume, Maitre Alain Rukavina and Paul Laplume, in their capacities as liquidators and representatives of Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus, and Landmark Investment Fund Ireland* | 10-5311-SMB 12-cv-2483-JSR | Cravath, Swaine & Moore LLP | Luxembourg Investment Fund U.S. Equity Plus (Lux), Landmark Investment Fund Ireland (Ireland) | M&B Capital Advisers Sociedad de Valores, S.A. (Spain) | Counts 2, 4, 11, 18 |
| 15b | *Picard v. UBS AG, et al. (see 15a above)* | 10-5311-SMB 12-cv-2802-JSR | Klestadt & Winters LLP | Luxembourg Investment Fund U.S. Equity Plus (Lux.) | Reliance Management (Gibraltar) Ltd. (Gibraltar) | Counts 2 and 11 |
| 16 | *Picard v. Merrill Lynch International* | 10-5346-SMB 12-cv-3486-JSR | Arnold & Porter LLP | Fairfield Sentry Ltd. (BVI), Fairfield Sigma Ltd. (BVI) | Merrill Lynch International (UK) | All counts |
| 17 | *Picard v. Nomura International PLC* | 10-5348-SMB 12-cv-2446-JSR | Shearman & Sterling LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Nomura International PLC (UK) | All counts |
| 18 | *Picard v. Banco Bilbao Vizcaya Argentaria, S.A.* | 10-5351-SMB 11-cv-7100-JSR | Shearman & Sterling LLP | Fairfield Sentry (BVI) | Banco Bilbao Vizcaya Argentaria, S.A. (Spain) | All counts |
| 19 | *Picard v. Natixis, Natixis Corporate & Investment Bank, Natixis Financial Products, Inc., Bloom Asset Holdings Fund, and Tensyr Limited* | 10-5353-SMB 11-cv-9501-JSR | Davis & Gilbert (for Natixis and Bloom Asset Holdings Fund); Freshfields (for Tensyr Ltd.) | Fairfield Sentry (BVI), Fairfield Investment Fund Ltd. (BVI), Groupement Financier Ltd. (BVI), Alpha Prime (Bermuda), and Harley (Cayman Islands) | Natixis (France), Natixis Corporate & Investment Bank (France), Bloom Asset Holdings Fund (Ireland), Tensyr Limited(Jersey) | Counts 1 - 7 |

10

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 20 | *Picard v. ABN AMRO Bank N.V. (presently known as the Royal Bank of Scotland, N.V.)* | 10-5354-SMB 11-cv-6878-JSR | Allen & Overy LLP | Rye Select Broad Market Portfolio Ltd. (Cayman Islands), Rye Select Broad Market XL Portfolio L.P. (Cayman Islands) | ABN AMRO Bank N.V. (Netherlands) | Counts 3 and 5 |
| 21 | *Picard v. ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd* | 10-5355-SMB 11-cv-6877-JSR | Latham & Watkins LLP | Kingate Global Fund (BVI) | ABN AMRO Bank (Ireland) Ltd. (Ireland) and ABN AMRO Custodial Services (Ireland) Ltd. (Ireland) | Count 4 |
| 22a | *Picard v. Sonja Kohn, Erwin Kohn, Netty Blau, Robert Alain Kohn a/k/a Avraham Ze'ev Kahan, Rachel Kohn, Rina Hartstein, Moishe Hartstein, Mordechai Landau, Yvonne Landau, Michael Kohn, Nicole Herzog, Erko Inc., Palladium Capital Advisors LLC, Windsor IBC, Inc., Eurovaleur, Inc., Infovaleur, Inc., Yakov Lantzits-ky, Techno Development and Research S.R.L., I-Tech-nology Solutions, Inc., Renato Florio, Mariadelmar Raule, Tecno Development & Research Ltd., Shlomo (Momy) Amselem, Herald Asset Management Ltd., Franco Mugnai, Paul de Sury, Daniele Cosulich, 20:20 Medici AG f/k/a Bank Medici AG, Absolute Portfolio Management Ltd., Medicifinanz Consulting GMBH, Medici S.R.L., Medici Cayman Island Ltd., Bank Medici AG (Gibraltar), Peter Scheithauer, Robert Reuss, Helmuth Frey, Manfred Kastner, Josef Duregger, Andreas Schindler, Susanne Giefing, Unicredit Bank Austria AG, Gerhard Randa, Stefan Zapotocky, Friedrich* | 10-5411-SMB 12-cv-2161-JSR | Sullivan & Worcester LLP | Herald Fund SPC (Cayman Islands) | UniCredit Bank Austria AG (Austria) | Counts 14-19 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| | *Kadrnoska, Ursula Radel-Leszczynski, Werner Kretschmer, Wilhelm Hemetsberger, Peter Fischer, Harald Nograsek, Bank Austria Worldwide Fund Management Ltd., Bank Austria Cayman Islands Ltd., Unicredit S.P.A., Alessandro Profumo, Gianfranco Gutty, Pioneer Global Asset Management, S.P.A., Sofipo Austria GMBH, M-Tech Services GMBH, Marketinc Strategies Ltd., Eastview Services Ltd., Systor S.A., IT Resources, Brightlight Trading Ltd., Fintechnology Ltd., Tonga International S.A., Lifetrust AG, Privatlife AG, Starvest Anstalt, New Economy.Tech S.A., RTH AG, Ecoinfo GMBH, Redcrest Investments Inc., Line Group Ltd., Line Management Services Ltd., Line Holdings Ltd., Herald Consult Ltd., Sharei Halacha Jerusalem Inc., John and Jane Doe Defendants 1-100* | | | | | |
| 22b | *Picard v. Sonja Kohn, et al. (see 22a above)* | 10-5411-SMB 12-cv-2240-JSR | Skadden, Arps, Slate, Meagher, & Flom LLP | Herald Fund SPC (Cayman Islands), Herald Asset Management Ltd. (Cayman Islands) | Unicredit S.p.A. (Italy), Pioneer Global Asset Management (Italy) | Counts 5, 14-19 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 22c | *Picard v. Sonja Kohn, et al. (see 22a above)* | 10-5411-SMB 12-cv-2639-JSR | Sheldon Eisenberger | Tecno Gibraltar (Gibraltar), Tecno Italy (Italy), UniCredit Bank Austria AG (Austria), and Herald Fund SPC (Cayman Islands) | Starvest Anstalt (Lichtenstein), Lifetrust AG (Lichtenstein), Netty Blau (Austria), Mordechai Landau (Israel), Yvonne Landau (Austria), Rachel Kohn (Israel), Michael Kohn (Austria), Nicole Herzog (Australia), Herald Asset Management (Cayman Islands), Tecno Development & Research (Italy/Gibraltar), Shlomo (Momy) Amselem (Israel), 20:20 Medici (Austria), Medici Cayman Islands (Cayman Islands), MediciFinanz Consulting GmbH (Germany), Medici S.r.l (Italy), Herald Consult Ltd. (Gibraltar) | Counts 4, 5 and 13-19 |

13

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 23 | *Picard v. Pictet et Cie* | 11-1724-SMB 12-cv-3402-JSR | Debevoise & Plimpton LLP | Kingate Global Fund Ltd. (BVI)., Kingate Euro Fund Ltd. (BVI), Asphalia Fund Ltd. (Cayman Islands), Fairfield Sentry Ltd. (BVI), Fairfield Sigma Ltd. (BVI), Fairfield Lambda Ltd. (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands)[3] | Picet et Cie (Switz.) | All counts |
| 24 | *Picard v. Banque J. Safra (Suisse) SA* | 11-1725-SMB 12-cv-2587-JSR | Sullivan & Cromwell LLP | Kingate Global Fund (BVI), Vizcaya Partners Ltd. (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands),[4] Ariel Fund Ltd. (Cayman Islands) | Banque J. Safra (Suisse) SA (Switz.) | All counts |
| 25 | *Picard v. Banque Syz & Co., SA* | 11-2149-SMB 12-cv-2489-JSR | Cravath, Swaine & Moore LLP | Kingate Global (BVI), Kingate Euro (BVI), Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Banque Syz & Co., SA (Switz.) | Count 1 |
| 26 | *Picard v. Abu Dhabi Investment Authority* | 11-2493-SMB 12-cv-2616-JSR | Quinn Emanuel Urquhart & Sullivan, LLP | Fairfield Sentry (BVI) | Abu Dhabi Investment Authority (United Arab Emirates) | All counts |

---

[3]     The specific Tremont fund is not identified in the complaint, but it was Rye Select Broad Market Portfolio Ltd. (Cayman Islands).

[4]     The specific Tremont fund is not identified in the complaint, but it was Rye Select Broad Market Portfolio Ltd. (Cayman Islands).

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 27 | *Picard v. Orbita Capital Return Strategy Ltd.* | 11-2537-SMB 12-cv-2934-JSR | Dechert LLP | Fairfield Sentry (BVI) | Orbita Capital Return Strategy Ltd. (Cayman Islands) | All counts |
| 28 | *Picard v. Quilvest Finance Ltd.* | 11-2538-SMB 12-cv-2580-JSR | Jones Day | Fairfield Sentry (BVI) | Quilvest Finance Ltd.(BVI) | All counts |
| 29 | *Picard v. Meritz Fire & Marine Insurance Co. Ltd.* | 11-2539-SMB 12-cv-2878-JSR | Steptoe & Johnson LLP | Fairfield Sentry (BVI) | Meritz Fire & Marine Insurance Co. Ltd. (Korea) | All counts |
| 30 | *Picard v. Lion Global Investors Ltd.* | 11-2540-SMB 12-cv-2349-JSR | Proskauer Rose LLP | Fairfield Sentry (BVI) | Lion Global Investors Ltd. (Singapore) | All counts |
| 31 | *Picard v. Unifortune Asset Management SGR SPA, and Unifortune Conservative Fund* | 11-2553-SMB 12-cv-2485-JSR | Cravath, Swaine & Moore LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), | Unifortune Conservative Fund (Italy), Unifortune Asset Management (Italy) | All counts |
| 32 | *Picard v. Cathay Life Insurance Co. Ltd.* | 11-2568-SMB 12-cv-3489-JSR | Baker & McKenzie LLP | Fairfield Sentry (BVI) | Cathay Life Insurance Co. Ltd. (Taiwan) | All counts |
| 33 | *Picard v. Barclays Bank (Suisse) S.A., Barclays Bank S.A., and Barclays Private Bank & Trust Ltd.* | 11-2569-SMB 12-cv-1882-JSR | Hogan Lovells US LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Barclays Bank Suisse S.A. (Switz.), Barclays Bank S.A. (Spain), Barclays Private Bank & Trust Limited(Jersey) | All counts |
| 34 | *Picard v. Banca Carige, S.P.A.* | 11-2570-SMB 12-cv-2408-JSR | Kasowitz, Benson, Torres, & Friedman LLP | Fairfield Sentry (BVI) | Banca Carige (Italy) | All counts |
| 35 | *Picard v. Banque Privee Espirito Santo S.A.* | 11-2571-SMB 12-cv-2442-JSR | Flemming Zulack Williamson Zauderer LLP | Fairfield Sentry (BVI) | Banque Privee Espirito Santo S.A. (Switz.) | All counts |
| 36 | *Picard v. The Sumitomo Trust and Banking Co., Ltd.* | 11-2573-SMB 12-cv-2481-JSR | Becker, Glynn, Muffly, Chassin & Hosinski LLP | Fairfield Sentry (BVI) | The Sumitomo Trust and Banking Co. Ltd. (Japan) | All counts |
| 37 | *Picard v. Atlantic Security Bank* | 11-2730-SMB 12-cv-2980-JSR | Arnold & Porter LLP | Fairfield Sentry (BVI) | Atlantic Security Bank (Cayman Islands) | All counts |
| 38 | *Picard v. Trincaster Corporation* | 11-2731-SMB 12-cv-2486-JSR | Cravath, Swaine & Moore LLP | Fairfield Sentry (BVI) | Trincaster (BVI) | All counts |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 39 | *Picard v. Caceis Bank Luxembourg and Caceis Bank* | 11-2758-SMB 12-cv-2434-JSR | Kelley Drye & Warren LLP | Fairfield Sentry (BVI), Harley International (Cayman Islands), Fairfield Sigma (BVI) | Caceis Bank Luxembourg (Lux.), Caceis Bank (France) | All counts |
| 40 | *Picard v. Nomura International PLC* | 11-2759-SMB 12-cv-2443-JSR | Shearman & Sterling LLP | Harley International (Cayman Islands) | Nomura International PLC (UK) | All counts |
| 41 | *Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) and ABN AMRO Bank (Switzerland) AG (f/k/a ABN AMRO Bank Schweiz)* | 11-2760-SMB 12-cv-1939-JSR | Allen & Overy LLP | Fairfield Sentry (BVI), Harley International (Cayman Islands), Fairfield Sigma (BVI) | ABN AMRO Bank N.V. (Netherlands) | All counts |
| 42 | *Picard v. KBC Investments Ltd.* | 11-2761-SMB 12-cv-2877-JSR | Sidley Austin LLP | Harley International (Cayman Islands) | KBC Investments Ltd. (UK) | All counts |
| 43 | *Picard v. Inteligo Bank Ltd. Panama Branch f/k/a/ Blubank Ltd. Panama Branch* | 11-2763-SMB 12-cv-2364-JSR | Shearman & Sterling LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Inteligo Bank Ltd. Panama Branch (Bahamas) | All counts |
| 44 | *Picard v. Somers Dublin Ltd. and Somers Nominees (Far East) Ltd.* | 11-2784-SMB 12-cv-2430-JSR | Cleary Gottlieb Steen & Hamilton LLP | Fairfield Sentry (BVI), Harley International (Cayman Islands) | Somers Dublin (Ireland), Somers Nominees (Bermuda) | All counts |
| 45 | *Picard v. BNP Paribas Arbitrage SNC* | 11-2796-SMB 12-cv-641-JSR | Cleary Gottlieb Steen & Hamilton LLP | Harley International (Cayman Islands) | BNP Paribas Arbitrage SNC (France) | All counts |
| 46 | *Picard v. Merrill Lynch Bank (Suisse) SA* | 11-2910-SMB 12-cv-3487-JSR | Arnold & Porter LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Merrill Lynch Bank (Suisse) S.A. (Switz.) | All counts |
| 47 | *Picard v. Bank Julius Baer & Co., Ltd.* | 11-2922-SMB 12-cv-2311-JSR | McKool Smith P.C. | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI) | Bank Julius Baer & Co., Ltd. (Switz.) | All counts |

16

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 48 | *Picard vs. LGT Bank in Liechtenstein Ltd.* | 11-2929-SMB 13-cv-1394-JSR | Milbank, Tweed, Hadley & McCloy LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | LGT Bank in Liechtenstein Ltd. (Liechtenstein ) | All counts |
| 49 | *Picard v. Fullerton Capital PTE Ltd.* | 12-1004-SMB 12-cv-3488-JSR | Arnold & Porter LLP | Fairfield Sentry (BVI) | Fullerton Capital PTE (Singapore) | All counts |
| 50 | *Picard v. Banco Itau Europa Luxembourg S.A. and Banco Itau Europa International* | 12-1019-SMB 12-cv-2432-JSR | Shearman & Sterling LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Fairfield Sigma (BVI) | Banco Itau Europa Luxembourg S.A. (Lux.) | Counts 1 and 2 |
| 51 | *Picard v. Grosvenor Investment Management Ltd., Grosvenor Private Reserve Fund Limited, Grosvenor Balanced Growth Fund Limited, and Grosvenor Aggressive Growth Fund Limited* | 12-1021-SMB 12-cv-2351-JSR | Proskauer Rose LLP | Fairfield Sentry (BVI), Kingate Global (BVI) | Grosvenor Investment Management Ltd. (Bermuda), Grosvenor Private Reserve Fund Limited(Bermuda), Grosvenor Balanced Growth Fund Limited (Bermuda), Grosvenor Aggressive Growth Fund Ltd. (Bermuda) | All counts |
| 52 | *Picard v. Credit Agricole (Suisse) S.A. and Credit Agricole S.A. (a/k/a Banque du Credit Agricole)* | 12-1022-SMB 12-cv-2494-JSR | Cleary Gottlieb Steen & Hamilton LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Kingate Euro Fund (BVI), Fairfield Sigma Ltd. (BVI) | Crédit Agricole (Suisse) S.A. (Switz.), Crédit Agricole S.A. (France) | All counts |
| 53 | *Picard v. Arden Asset Management, Inc., Arden Asset Management LLC, and Arden Endowment Advisers, Ltd.* | 12-1023-SMB 12-cv-2581-JSR | Seward & Kissel LLP | Fairfield Sentry (BVI), Kingate Global (BVI) | Arden Endowment Advisers, Ltd. (Cayman Islands) | All counts |
| 54 | *Picard v. SNS Bank N.V. and SNS Global Custody B.V.* | 12-1046-SMB 12-cv-2509-JSR | Wilmer Cutler Pickering Hale and Dorr LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI) | SNS Bank N.V. (Netherlands), SNS Global Custody B.V. (Netherlands) | All counts |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 55 | *Picard v. Six Sis AG* | 12-1195-SMB 12-cv-5906-JSR | Chaffetz Lindsey LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Kingate Global (BVI), Kingate Euro (BVI) | SIX SIS AG (Switz.) | All counts |
| 56 | *Picard v. Multi-Strategy Fund Ltd and CDP Capital Tactical Alternative Investments* | 12-1205-SMB 12-cv-4840-JSR | Friedman Kaplan Seiler & Adelman LLP | Fairfield Sentry (BVI), Kingate Global (BVI) | Multi-Strategy Fund Ltd. (Canada), CDP Capital Tactical Alternative Investments (Canada) | All counts |
| 57 | *Picard v. Lloyds TSB Bank PLC* | 12-1207-SMB 12-cv-4722-JSR | Katten Muchin Rosenman LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Lloyds TSB Bank plc (UK) | All counts |
| 58 | *Picard v. Schroder & Co. Bank AG* | 12-1210-SMB 12-cv-4749-JSR | Ropes & Gray LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Kingate Euro Fund (BVI), Fairfield Sigma (BVI) | Schroder & Co Bank AG (Switz.) | All counts |
| 59 | *Picard v. Union Securities Investment Trust Co., Ltd., Union USD Global Arbitrage Fund, Union USD Global Arbitrage A Fund, and Union Arbitrage Strategy Fund* | 12-1211-SMB 13-cv-4429 -JSR | Sheppard Mullin Richter & Hampton LLP | Fairfield Sentry (BVI) | Union Securities Investment Trust Co. (Taiwan), Union Global Fund (Taiwan), Union Global A Fund (Taiwan), Union Strategy Fund (Taiwan) | All counts |
| 60 | *Picard v. Bank Hapoalim B.M. and Bank Hapoalim (Switzerland) Ltd.* | 12-1216-SMB 12-cv-6187-JSR | Herbert Smith Freehills New York LLP | Fairfield Sentry (BVI), Kingate Global Fund (BVI) | Bank Hapoalim B.M. (Israel), Bank Hapoalim (Switzerland) Ltd. (Switz.) | All counts |
| 61 | *Picard v. Citivic Nominees Ltd.* | 12-1513-SMB 12-cv-7228-JSR | Cleary Gottlieb Steen & Hamilton LLP | Fairfield Sentry (BVI), Kingate Global (BVI) | Citivic Nominees Ltd. (UK) | All counts |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 62 | *Picard v. Standard Chartered Financial Services (Luxembourg) S.A. (f/k/a American Express Financial Services (Luxembourg) S.A., and f/k/a American Express Bank (Luxembourg) S.A., as represented by its liquidator Hanspeter Kramer), Standard Chartered Bank International (Americas) Ltd. (f/k/a American Express International), and Standard Chartered International (USA) Ltd. (f/k/a American Express Bank Ltd.) (moving defendants: Standard Chartered Financial Services(Luxembourg) S.A.* | 12-1565-SMB 12-cv-6292-JSR | Sullivan & Cromwell LLP | Fairfield Sentry (BVI), Kingate Global (BVI) | Standard Chartered Financial Services (Luxembourg) S.A. (Lux.) | Counts 1and 2 |
| 63 | *Picard v. BNP Paribas S.A., BNP Paribas (Suisse) S.A. (individually and as Successor in Interest to BNP Paribas Private Bank (Switzerland) S.A. and as Successor in Interest to United European Bank), BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Canada), BNP Paribas Bank & Trust Cayman Ltd., BGL BNP Paribas Luxembourg S.A. (as Successor in Interest to BNP Paribas Luxembourg S.A.), BNP Paribas Securities Services – Succursale de Luxembourg, and BNP Paribas Securities Services S.A.* | 12-1576-SMB 12-cv-5796-JSR | Cleary Gottlieb Steen & Hamilton LLP | Fairfield Sentry Ltd. (BVI), Kingate Global Fund Ltd. (BVI), Kingate Euro Fund Ltd. (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands) | BNP Paribas S.A. (France), BNP Paribas Suisse S.A. (Switz.), BNP Paribas Arbitrage SNC (France), BNP Paribas Bank & Trust (Canada), BNP Paribas Bank & Trust Cayman Ltd. (Cayman Islands), BGL BNP Paribas Luxembourg S.A. (Lux.), BNP Paribas Securities Services — Succursale de Luxembourg (France), BNP Paribas Securities Services S.A. (France) | Counts 1, 2, 3 and 5 |
| 64a | *Picard v. UBS Deutschland AG (as Successor in Interest to Dresdner Bank LateinAmerika AG), and LGT Bank (Switzerland) Ltd. (as Successor in Interest to Dresdner Bank (Schweiz) AG)* | 12-1577-SMB 12-cv-9380-JSR | Gibson, Dunn & Crutcher LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | Dresdner Bank LateinAmerika AG (Germany); UBS Deutschland AG (Germany) | Count 1 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 64b | *Picard v. UBS Deutschland AG, UBS Deutschland AG (as Successor in Interest to Dresdner Bank LateinAmerika AG), and LGT Bank (Switzerland) Ltd. (as Successor in Interest to Dresdner Bank (Schweiz) AG)* | 12-1577-SMB 12-cv-9380-JSR | Milbank, Tweed, Hadley & McCloy LLP | Fairfield Sentry (BVI), Kingate Euro (BVI) | Dresdner Bank (Schweiz) AG (Switz.) | Counts 1 and 2 |
| 65 | *Picard v. Barfield Nominees Ltd. and Northern Trust Corporation* | 12-1669-SMB 12-cv-5278-JSR | Katten Muchin Rosenman LLP | Fairfield Sentry (BVI), Kingate Global (BVI) | Barfield Nominees Ltd. (Guernsey) | All counts |
| 66 | *Picard v. Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), Societe General Private Banking (Lugano-Svizzera) S.A. (f/k/a SG Private Banking (Lugano-Svizzera) S.A.), Socgen Nominees (UK) Ltd., Lyxor Asset Management S.A. (as Successor in Interest to Barep Asset Management S.A.), Societe Generale Holding de Participations S.A. (as Successor in Interest to Barep Asset Management S.A.), SG AM AI Premium Fund L.P. (f/k/ SG AM Alternative Diversified U.S. L.P.), Lyxor Asset Management Inc. (f/k/a SGAM Asset Management, Inc. and as General Partner of SG AM AI Premium Fund L.P.), SG Audace Alternatif (f/k/a SGAM AI Audace Alternatif), SGAM AI Equilibrium Fund (f/k/a SGAM Alternative Multimanager Diversified Fund), Lyxor Premium Fund (f/k/a SGAM Alternative Diversified Premium Fund), Societe Generale S.A. (as Trustee for Lyxor Premium Fund), Societe Generale Bank & Trust S.A., OFI MGA Alpha Palmares (f/k/a Oval Alpha Palmares), Oval Palmares Europlus, UMR Select Alternatif, and Bank Audi S.A.M.- Audi Saradar Group (f/k/a Dresdner Bank Monaco S.A.M)* | 12-1677-SMB 12-cv-8860-JSR | Flemming Zulack Williamson Zauderer LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI), Kingate Global (BVI) | Societe Generale Private Banking (Suisse) S.A. (Switz.), Societe Generale Private Banking (Lugano-Svizzera) S.A. (Switz.), Socgen Nominees (UK) Ltd. (UK), Lyxor Asset Management S.A. (France), Societe Generale Holding de Participations S.A. (France), SG Audace Alternatif (France), SGAM AI Equilibrium Fund (Lux.), Lyxor Premium Fund (Ireland), Societe Generale S.A (France), Societe Generale Bank & Trust S.A. (Lux.) | Counts 1 - 4 |

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 67 | *Picard v. Intesa Sanpaolo S.p.A. (as Successor in Interest to Banca Intesa SPA), Eurizon Capital SGR SPA (as Successor in Interest to Eurizon Investmenti SGR SPA, f/k/a Nextra Investment Management SGR SPA, and Eurizon Alternative Investments SGR SPA, f/k/a Nextra Alternative Investments SGR SPA), Eurizon Low Volatility (f/k/a Nextra Low Volatility), Eurizon Low Volatility II (f/k/a/ Nextra Low Volatility II), Eurizon Low Volatility PB (f/k/a Nextra Low Volatility PB), Eurizon Medium Volatility (f/k/a Nextra Medium Volatility), Eurizon Medium Volatility II (f/k/a Nextra Medium Volatility II), Eurizon Total Return (f/k/a Nextra Total Return)* | 12-1680-SMB 12-cv-7157 and 12-cv-6291-JSR | Davis Polk & Wardwell LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Kingate Euro (BVI) | Eurizon Capital SGR S.p.A. (Italy), Eurizon Low Volatility (Italy), Eurizon Low Volatility II (Italy), Eurizon Low Volatility PB (Italy), Eurizon Medium Volatility (Italy), Eurizon Medium Volatility II (Italy), Eurizon Total Return (Italy) | Counts 1-2 |

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 68a | *Picard v. Banque Degroof SA/NV (a/k/a Banque Degroof Bruxelles a/k/a Bank Degroof SA/NV), Banque Degroof Luxembourg S.A., Banque Degroof France S.A. (f/k/a Banque Degroof Et Phillipe S.A.), Degroof Gestion Institutionnelle Luxembourg S.A., Elite-Stability Fund SICAV and Elite-Stability Fund SICAV Stablerock Compartment (as represented by their Liquidator Pierre Delandmeter), Pierre Delanmeter (in his capacity as Liquidator of Elite-Stability Fund SICAV and Elite-Stability Fund SICAV Stablerock Compartment), Access International Advisors LLC, Access Management Luxembourg S.A. (f/k/a Access International Advisors (Luxembourg) S.A., and as represented by its Liquidator Fernand Entringer), Fernand Entringer (in his capacity as Liquidator of Access Management Luxembourg S.A. (f/k/a Access International Advisors (Luxembourg) S.A., Aforge Finance Holding, Aforge Finance, Aforge Capital Management S.A., Aforge Gestion* | 12-1691-SMB 12-cv-8709-JSR | Otterbourg, Steindler, Houston & Rosen, P.C. | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Luxalpha SICAV (Lux.), Groupement Financier Ltd. (BVI), Kingate Euro (BVI) (directly or indirectly through Elite-Stability Fund SICAV (Lux.) and/or Elite-Stability Fund SICAV Stablerock Compartment (Lux.)) | Banque Degroof SA/NV (Belgium), Banque Degroof Luxembourg S.A. (Lux.), Banque Degroof France S.A. (France), Degroof Gestion Institutionnelle Luxembourg S.A. (Lux.), Aforge Finance Holding S.A. (France), Aforge Finance S.A. (France), Aforge Gestion S.A. (France), Aforge Capital Management S.A. (Switz.) | Counts 1, 2, 3, 4 and 6 |
| 68b | *Picard v. Banque Degroof SA/NV (a/k/a Banque Degroof Bruxelles a/k/a Bank Degroof SA/NV) et al. (see 68a above)* | 12-1691-SMB 12-cv-8709-JSR | Katten Muchin Rosenman LLP | Groupement Financier Ltd. (BVI), Groupement Financier Levered Ltd. (BVI), Luxalpha SICAV (Lux.), Oreades SICAV (Lux.), Elite-Stability Fund SICAV (Lux.), Elite-Stability Fund SICAV Stablerock Compartment (Lux.) | Elite-Stability Fund SICAV (Lux.), Elite-Stability Fund SICAV Stablerock Compartment (Lux.), Access Management Luxembourg  S.A. (Lux.) | Counts 2, 3, 5 and 6 |

300339581.2

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 69 | *Picard v. Lombard Odier Darier Hentsch & Cie* | 12-1693-SMB 12-cv-8858-JSR | Flemming Zulack Williamson Zauderer LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Fairfield Sigma (BVI) | Lombard Odier (Switz.) | All counts |
| 70 | *Picard v. Banque Cantonale Vaudoise* | 12-1694-SMB 12-cv-8816-JSR | Flemming Zulack Williamson Zauderer LLP | Fairfield Sentry (BVI) | Banque Cantonale Vaudoise (Switz.) | All counts |
| 71 | *Picard v. Bordier & Cie* | 12-1695-SMB 12-cv-8861-JSR | Flemming Zulack Williamson Zauderer LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Kingate Euro (BVI) | Bordier & Cie (Switz.) | All counts |
| 72a | *Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Ltd. (f/k/a Fortis (Isle of Man) Nominees Ltd.), Platinum All Weather Fund Ltd., and Odyssey* | 12-1697-SMB 12-cv-6290-JSR | Tannenbaum Helpern Syracuse & Hirschtritt LLP | ABN AMRO Fund Services (Isle of Man) Nominees Ltd. (Isle of Man) | Odyssey (BVI/Isle of Man) | Count 1 |
| 72b | *Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited. (f/k/a Fortis (Isle of Man) Nominees Ltd.), Platinum All Weather Fund Ltd., and Odyssey* | 12-1697-SMB 12-cv-9115-JSR | Latham & Watkins LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | ABN AMRO Fund Services (Isle of Man) Nominees Limited (Isle of Man) | Count 1 |
| 73 | *Picard v. Royal Bank of Canada, Guernroy Ltd., Royal Bank of Canada (Channel Islands) Ltd., Royal Bank of Canada Trust Company (Jersey) Ltd., Royal Bank of Canada (Asia) Ltd., Royal Bank of Canada (Suisse) S.A., RBC Dominion Securities Inc., and RBC Alternative Assets, L.P.* | 12-1699-SMB 12-cv-4938-JSR | Katten Muchin Rosenman LLP | Fairfield Sentry (BVI), Kingate Global Fund (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands) | Royal Bank of Canada (Canada), Guernroy Ltd. (Guernsey), Royal Bank of Canada (Channel Islands) Ltd. (Guernsey), Royal Bank of Canada Trust Company (Jersey) Ltd. (Jersey), Royal Bank of Canada (Asia) Ltd. (Singapore), Royal Bank of Canada (Suisse) S.A. (Switz.), RBC Dominion Securities Inc. (Canada) | Counts 1, 2 and 3 |

23

| | CASE NAME | ADVERSARY/ CIVIL NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES (LOCATION) | COUNTS SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 74 | *Picard v. Caprice International Group, Inc., Citibank (Switzerland) Ltd., Eric Schiffer D/B/A Desert Rose Ltd., Pine Cliffs Investment Ltd., Cenard Investments Ltd., and Advanced Strategies Ltd.* | 12-1700-SMB 12-cv-7230-JSR | Cleary Gottlieb Steen & Hamilton LLP | ZCM Asset Holding Company (Bermuda) LLC (Bermuda) | Citibank (Switzerland) AG (Switz.)[5] | Count 1 |

---

[5]   This transferee is referred to as Citibank (Switzerland) Ltd. in the caption and as both Citibank (Switzerland) Ltd. and Citibank (Switzerland) AG in the body of the complaint.

300339581.2

# **EXHIBIT B**

# ADDITIONAL EXTRATERRITORIALITY DEFENDANTS[1, 2]

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 1a | *Picard v. Federico Ceretti, Carlo Grosso, Kingate Global Fund Ltd., Kingate Euro Fund Ltd., Kingate Management Ltd., FIM Advisers LLP, FIM Ltd., Citi Hedge Fund Services Ltd., First Peninsula Trustees Ltd. (individually and as trustee of the Ashby Trust), The Ashby Trust, Ashby Investment Services Ltd., Alpine Trustees Ltd. (individually and as trustee of El Prela Trust), Port of Hercules Trustees Ltd. (individually, and as trustee of El Prela Trust), El Prela Trust, El Prela Group Holding Services, Ashby Holdings Services Ltd., El Prela Trading Investments Ltd., and HSBC Bank Bermuda Ltd.* | 09-1161-SMB | Chaffetz Lindsey LLP | Kingate Global (BVI), Kingate Euro (BVI) | Kingate Management Ltd. (Bermuda) | Count Nine |
| 1b | *Picard v. Federico Ceretti, et al. (see 1a above)* | 09-1161-SMB | Cleary Gottlieb Steen & Hamilton LLP | Kingate Global (BVI), Kingate Euro (BVI) | Citi Hedge Fund Services Ltd. (Bermuda) | Count Nine |
| 1c | *Picard v. Federico Ceretti, et al. (see 1a above)* | 09-1161-SMB | Cleary Gottlieb Steen & Hamilton LLP | Kingate Global (BVI), Kingate Euro (BVI) | HSBC Bank Bermuda Limited (Bermuda) | Count Nine |

---

[1]    These Schedules show the jurisdiction under whose laws the transferors and transferees that are not natural persons are organized, and the citizenship of the transferors and transferees that are natural persons, in each case as of the time of the transfers, as alleged in the complaints or as agreed by the Trustee and the transferee.  The parties do not agree, and nothing in this Order shall preclude any party from presenting any argument, concerning the extent to which such jurisdiction of organization or citizenship is conclusive in determining whether a transferor is a "foreign transferor," or a transferee is a "foreign transferee," for purpose of the Extraterritoriality Order or otherwise.

[2]    In the column furthest to the right, "All Counts" means all counts in the adversary proceeding.  An identification of counts that is underlined, as in "Count Nine," indicates that the counts subject to the motion include all the claims against the Foreign Subsequent Transferees in the entry, other than counts that  were previously dismissed.

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 2a | *Picard v. HSBC Bank PLC, HSBC Holdings PLC, HSBC Services (Luxembourg) S.A., HSBC Institutional Trust Services (Ireland) Ltd., HSBC Institutional Trust Services (Bermuda) Ltd.), HSBC Bank USA, N.A., HSBC Securities Services (Bermuda) Ltd., HSBC Bank (Cayman) Ltd., HSBC Private Bank Holdings (Suisse) S.A., HSBC Private Bank (Suisse) S.A., HSBC Bank Bermuda Ltd., Herald Fund SPC, Herald (LUX) SICAV, Primeo Fund, Alpha Prime Fund Ltd., Senator Fund SPC, Hermes International Fund Ltd., Lagoon Investment Ltd., Thema Fund Ltd., Thema Wise Investments Ltd., Thema International Fund PLC, Geo Currencies Ltd. S.A, Herald Aset Management Ltd., 20:20 Medici AG, Unicredit Bank Austria AG, BA Worldwide Fund Management Ltd., Eurovaleur, Inc., Pioneer Alternative Investment Management Ltd., Eurovaleur, Inc., Pioneer Alternative Investment Management Ltd., Alpha Prime Asset management Ltd., Regulus Asset Management Ltd., Carruba Asset Management Ltd., Genevalor, Benbassat et cie, Hermes Asset Management Ltd., Thema Asset Management (Bermuda) Ltd., Thema Asset Management Ltd., Equus Asset Management Ltd., Equus Asset Management Partners, L.P., Aurella Fund Management Ltd., Ursala Radel-Leszcynski, Sonja Kohn, Erwin Kohn, Mario Benbassat, Alberto Benbasset, Stephane Benbasset, David T. Smith, Roberto Nespolo, Laurent Mathysen-Gerst, Oliveir Ador, Pascal Cattaneo, Vladimir Stepczynski, Jean-Marc Wenger, Lagoon Investment Trust, UniCredit S.p.A., Inter Asset Management, Inc., GTM* | 09-1364-SMB | Goodwin Procter LLP | Thema Asset Management Ltd. (BVI) | T+M Trusteeship & Management Services S.A. (Switz.) | Counts Two and Ten |

|  | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
|  | *Management Services Corp. N.V., T+M Trusteeship & Management Services S.A., Aurella Asset Management Partners, Cape Investment Advisors Ltd., and Tereo Trust Company Ltd.* |  |  |  |  |  |
| 2b | *Picard v. HSBC Bank PLC, et al. (see above)* | 09-1364-SMB | Goodwin Procter LLP | Hermes Asset Management Ltd. (Bermuda) | GTM Management Services Corp. N.V. (Curacao) | Counts Two and Ten |
| 3a | *Picard v. UBS AG, UBS (Luxembourg) S.A., UBS Fund Services (Luxembourg) S.A., UBS Third Party Manage-ment Company S.A., Access International Advisors LLC, Access International Advisors Ltd., Access Management Luxembourg SA (f/k/a Access Internation-al Advisors (Luxembourg) SA) as represented by its Liquidator Maitre Fernand Entringer, Access Partners SA as represented by its Liquidator Maitre Fernand Entringer, Patrick Littaye, Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) in her capacity as Executrix under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Claudine Magon de la Villehuchet (a/k/a Claudine de la Villehuchet) individually as the sole beneficiary under the Will of Thierry Magon de la Villehuchet (a/k/a Rene Thierry de la Villehuchet), Pierre Delandmeter, Theodore Dumbauld, Luxalpha SICAV as represented by its Liquidators Maitre Alain Rukavina and Paul Laplume, Maitre Alain Rukavina and Paul Laplume, in their capacities as liquidators and representatives of Luxalpha SICAV, and Groupement Financier Ltd.* | 10-4285-SMB | Gibson, Dunn & Crutcher LLP | Luxalpha SICAV (Lux.), Groupement Financier Ltd. (BVI) | UBS AG (Switz.), UBS (Luxembourg) S.A. (Lux.), UBS Fund Services (Luxembourg) S.A. (Lux.), UBS Third Party Management Company S.A. (Lux.) | Counts Two and Nine |

3

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 3b | *Picard v. UBS AG, et al. (see 3a above)* | 10-4285-SMB | Katten Muchin Rosenman LLP | Luxalpha SICAV (Lux.), Groupement Financier Ltd. (BVI) | Access International Advisors Ltd. (Bahamas), Access Management Luxembourg S.A. (Lux.), Access Partners S.A. (Lux.), Patrick Littaye (Belgium) | Counts Two and Nine |
| 3c | *Picard v. UBS AG, et al. (see 3a above)* | 10-4285-SMB | Friedman Kaplan Seiler & Adelman LLP | Luxalpha SICAV (Lux.), Groupement Financier Ltd. (BVI) | Pierre Delandmeter (Lux.) | Counts Two and Nine |
| 4 | *Picard v. UBS AG, UBS (Luxembourg) S.A., UBS Fund Services (Luxembourg) S.A., UBS Third Party Management Company S.A., M&B Capital Advisers Sociedad de Valores, S.A., M&B Capital Advisers Gestion SGIIC S.A., Reliance Management (BVI) Ltd., Reliance International Research LLC, Reliance Management (Gibraltar) Ltd., Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus (as represented by their Liquidators Maitre Alain Rukavina and Paul Laplume), Maitre Alain Rukavina and Paul Laplume (in their capacities as liquidators and representatives of Luxembourg Investment Fund and Luxembourg Investment Fund U.S. Equity Plus), and Landmark Investment Fund Ireland* | 10-5311-SMB | Gibson, Dunn & Crutcher LLP | Luxembourg Investment Fund U.S. Equity Plus (Lux.) | UBS AG (Switz.), UBS (Luxembourg) S.A. (Lux.), UBS Fund Services (Luxembourg) S.A. (Lux.), UBS Third Party Management Company S.A. (Lux.) | Counts Two and Eleven |
| 5 | *Picard v. National Bank of Kuwait S.A.K.* | 11-2554-SMB | King & Spalding LLP | Fairfield Sentry (BVI) | National Bank of Kuwait S.A.K.(Kuwait) | All Counts |

4

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 6a | *Picard v. Korea Exchange Bank, individually and as Trustee for Korea Global All Asset Trust I-1, and as Trustee for Tams Rainbow Trust III, and Korea Investment Trust Management Company* | 11-2572-SMB | King & Spalding LLP | Fairfield Sentry (BVI) | Korea Exchange Bank, as Trustee (South Korea) | All Counts |
| 6b | *Picard v. Korea Exchange Bank, et al. (see 6a above)* | 11-02572-SMB | Wollmuth Maher & Deutsch LLP | Fairfield Sentry (BVI) | Korea Investment Trust Management Company (South Korea) | All Counts |
| 7 | *Picard v. Falcon Private Bank Ltd. (f/k/a AIG Private Bank AG)* | 11-2923-SMB | Pillsbury Winthrop Shaw Pittman LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | AIG Privat Bank AG (Switz.) | All Counts |

5

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 8 | *Picard v. Credit Suisse AG, Credit Suisse AG, Nassau Branch, Credit Suisse AG, Nassau Branch Wealth Management, Credit Suisse AG, Nassau Branch LATAM Investment Banking, Credit Suisse Wealth Management Ltd., Credit Suisse (Luxembourg) SA, Credit Suisse International Ltd., Credit Suisse Nominees (Guernsey) Ltd., Credit Suisse London Nominees Ltd., Credit Suisse (UK) Ltd., and Credit Suisse Securities (USA) LLC* | 11-2925-SMB | O'Melveny & Myers LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI), Kingate Global (BVI), Kingate Euro (BVI) | Credit Suisse AG (Switz.), Credit Suisse AG, Nassau Branch (Bahamas), Credit Suisse AG, Nassau Branch Wealth Management (Bahamas), Credit Suisse AG, Nassau Branch LATAM Investment Banking (Bahamas), Credit Suisse Wealth Management Ltd. (Bahamas), Credit Suisse (Luxembourg) SA (Lux.), Credit Suisse International Ltd. (UK), Credit Suisse Nominees (Guernsey) Ltd. (Guernsey), Credit Suisse London Nominees Ltd. (UK), Credit Suisse (UK) Ltd. (UK) | Counts One through Five |
| 9 | *Picard v. Public Institution for Social Security* | 12-1002-SMB | Goodwin Procter LLP | Fairfield Sentry (BVI) | Public Institute for Social Security (Kuwait) | All Counts |
| 10 | *Picard v. SICO Ltd.* | 12-1005-SMB | Cleary Gottlieb Steen & Hamilton LLP | Kingate Global (BVI), Fairfield Sentry (BVI) | SICO Ltd. (BVI) | All Counts |
| 11 | *Picard v. Solon Capital Ltd.* | 12-1025-SMB | O'Melveny & Myers LLP | Kingate Global (BVI) | Solon Capital (Bermuda) | All Counts |

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 12 | *Picard v. Koch Industries, Inc., as successor in interest to Koch Investment (UK) Company* | 12-1047-SMB | Orrick, Herrington & Sutcliffe LLP | Fairfield Sentry (BVI) | Koch Investment (UK) Company (UK) | Count One |
| 13 | *Picard v. Kookmin Bank* | 12-1194-SMB | King & Spalding LLP | Fairfield Sentry (BVI) | Kookmin Bank, as Trustee (South Korea) | All Counts |
| 14 | *Picard v. BSI AG, individually and as successor in interest to Banco del Gottardo* | 12-1209-SMB | Wilmer Cutler Pickering Hale and Dorr LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI) | BSI AG (Switz.), Banco del Gottardo (Switz.) | All Counts |
| 15 | *Picard v. Mistral (SPC)* | 12-1273-SMB | O'Melveny & Myers LLP | Kingate Global (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands) | Mistral (SPC) (Cayman Islands) | All Counts |
| 16 | *Picard v. Zephyros Ltd.* | 12-1278-SMB | O'Melveny & Myers LLP | Kingate Global (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands) | Zephyros Ltd. (Cayman Islands) | All Counts |
| 17 | *Picard v. Credit Suisse AG, as successor in interest to Clariden Leu AG and Bank Leu AG* | 12-1676-SMB | O'Melveny & Myers LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI), Kingate Global (BVI) | Credit Suisse AG (Switz.), Clariden Leu AG (Switz.), Bank Leu AG (Switz.) | All Counts |

7

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 18a | *Picard v. Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private Banking Suisse S.A.), Societe General Private Banking (Lugano-Svizzera) S.A. (f/k/a SG Private Banking (Lugano-Svizzera) S.A.), Socgen Nominees (UK) Ltd., Lyxor Asset Management S.A. (as Successor in Interest to Barep Asset Management S.A.), Societe Generale Holding de Participations S.A. (as Successor in Interest to Barep Asset Management S.A.), SG AM AI Premium Fund L.P. (f/k/ SG AM Alternative Diversified U.S. L.P.), Lyxor Asset Management Inc. (f/k/a SGAM Asset Management, Inc. and as General Partner of SG AM AI Premium Fund L.P.), SG Audace Alternatif (f/k/a/ SGAM AI Audace Alternatif), SGAM AI Equilibrium Fund (f/k/a SGAM Alternative Multimanager Diversified Fund), Lyxor Premium Fund (f/k/a SGAM Alternative Diversified Premium Fund), Societe Generale S.A. (as Trustee for Lyxor Premium Fund), Societe Generale Bank & Trust S.A., OFI MGA Alpha Palmares (f/k/a Oval Alpha Palmares), Oval Palmares Europlus, UMR Select Alternatif, and Bank Audi S.A.M.- Audi Saradar Group (f/k/a Dresdner Bank Monaco S.A.M)* | 12-1677-SMB | Dechert LLP | Kingate Global (BVI) | Bank Audi S.A.M.- Audi Saradar Group (Monaco) | All Counts |
| 18b | *Picard v. Societe Generale Private Banking (Suisse) S.A., et al. (see 14a above)* | 12-1677-SMB | Bond Schoeneck & King, PLLC | Fairfield Sentry (BVI) | OFI MGA Alpha Palmares (France), Oval Palmares Europlus (France), UMR Select Alternatif (France) | All Counts |

|  | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 19 | *Picard v. Intesa Sanpaolo S.p.A. (as Successor in Interest to Banca Intesa SPA), Eurizon Capital SGR SPA (as Successor in Interest to Eurizon Investmenti SGR SPA, f/k/a Nextra Investment Management SGR SPA, and Eurizon Alternative Investments SGR SPA, f/k/a Nextra Alternative Investments SGR SPA), Eurizon Low Volatility (f/k/a Nextra Low Volatility), Eurizon Low Volatility II (f/k/a/ Nextra Low Volatility II), Eurizon Low Volatility PB (f/k/a Nextra Low Volatility PB), Eurizon Medium Volatility (f/k/a Nextra Medium Volatility), Eurizon Medium Volatility II (f/k/a Nextra Medium Volatility II), Eurizon Total Return (f/k/a Nextra Total Return)* | 12-1680-SMB | Davis Polk & Wardwell LLP | Kingate Global (BVI) | Intesa Sanpaolo S.p.A. (Italy) | Count Two |
| 20 | *Picard v. EFG Bank S.A., f/k/a EFG Private Bank S.A., EFG Bank (Monaco) S.A.M., f/k/a EFG Eurofinanciere d'Investissements S.A.M. and EFG Bank & Trust (Bahamas) Ltd., as successor-in-interest to Banco Atlantico (Bahamas) Bank & Trust Ltd.* | 12-1690-SMB | Dentons US LLP | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI), Kingate Global (BVI) | EFG Bank S.A. (Switz.), EFG Bank Monaco S.A.M. (Monaco), EFG Bank & Trust Bahamas Ltd. (Bahamas) | All Counts |
| 21 | *Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Ltd. (f/k/a Fortis (Isle of Man) Nominees Ltd.), Platinum All Weather Fund Ltd., and Odyssey* | 12-1697-SMB | Arnold & Porter LLP | Fortis (Isle of Man) Nominees, Ltd. (Isle of Man) | Platinum All Weather Fund Limited (Cayman Islands) | Count One |

9

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 22 | *Picard v. Banque Internationale à Luxembourg S.A. (f/k/a Dexia Banque Internationale à Luxembourg S.A.), individually and as successor in interest to Dexia Nordic Private Bank S.A., RBC Dexia Investor Services Bank S.A., RBC Dexia Investor Services Trust, RBC Dexia Investor Services España S.A., and Banque Internationale à Luxembourg (Suisse) S.A. (f/k/a Dexia Private Bank (Switz.) Ltd.)* | 12-1698-SMB | Clifford Chance US LLP (for Banque Internationale à Luxembourg S.A. and Banque Internationale à Luxembourg (Suisse) S.A.), Wrobel Schatz & Fox LLP (for RBC Dexia Investor Services Bank S.A., RBC Dexia Investor Services Trust, and RBC Dexia Investor Services España S.A.) | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Kingate Global (BVI), Rye Select Broad Market Portfolio Ltd. (Cayman Islands) | Banque Internationale à Luxembourg S.A. (Lux.), RBC Dexia Investor Services Bank S.A. (Lux.), RBC Dexia Investor Services Trust (Canada), RBC Dexia Investor Services España S.A. (Spain), Banque Internationale à Luxembourg (Suisse) S.A. (Switz.) | All Counts |
| 23 | *Picard v. Barreneche, Inc., Dove Hill Trust, Fairfield Greenwich Capital Partners, FG Investors Ltd., Fortuna Asset Management Inc., Invercounsel, S.L., Invercounsel USA LLC, Selecta Financial Corporation Inc., and Share Management LLC* | 12-1702-SMB | Simpson Thacher & Bartlett LLP (for limited purposes only) | Fairfield Sentry (BVI), Fairfield Sigma (BVI), Fairfield Lambda (BVI), Fairfield Greenwich Ltd. (Cayman Islands), Fairfield Greenwich (Bermuda) Ltd. (Bermuda) | Dove Hill Trust (Singapore), FG Investors Ltd. (Cayman Islands) | All Counts |
| 24 | *Picard v. Parson Finance Panama S.A.* | 11-02542-SMB | Kellner Herlihy Getty & Friedman LLP | Fairfield Sentry (BVI) | Parson Finance Panama S.A. (Panama) | All counts |

| | CASE NAME | ADVERSARY NUMBER | ATTORNEYS FOR FOREIGN SUBSEQUENT TRANSFEREES | FOREIGN TRANSFERORS (LOCATION) | FOREIGN SUBSEQUENT TRANSFEREES ("FSTs") (LOCATION) | COUNTS AGAINST FSTs SUBJECT TO MOTION |
|---|---|---|---|---|---|---|
| 25 | *Picard v. Lighthouse Investment Partners LLC, d/b/a Lighthouse Partners, Lighthouse Supercash Fund Limited, and Lighthouse Diversified Fund Limited* | 11-02762-SMB | Loeb & Loeb LLP | Fairfield Sentry (BVI) | Lighthouse Diversified Fund Limited (Cayman) | All counts |
| 26 | *Picard v. Vontobel AG f/k/a Bank J. Vontobel & Co. AG, and Vontobel Asset Management Inc.* | 12-01202-SMB | Wuersch and Gering LLP | Fairfield Sentry (BVI), Kingate Global (BVI), Kingate Euro (BVI) | Vontobel AG f/k/a Bank J. Vontobel & Co. AG (Switz.) | All counts |
| 27 | *Picard v. ZCM Asset Holding Company (Bermuda) LLC* | 12-01512-SMB | Boies, Shiller & Flexner LLP and Paul, Weiss, Rifkind, Wharton & Garrison | Kingate Global (BVI), Fairfield Sentry (BVI) | ZCM Asset Holding Company (Bermuda) LLC (Bermuda) | All counts |
| 28 | *Picard v. UKFP (Asia) Nominees Ltd.* | 12-01566-SMB | Mayer Brown LLP | Fairfield Sentry (BVI) | UKFP (Asia) Nominees Ltd. (BVI) | All counts |
| 29 | *Picard v. Safehand Investments, Strongback Holdings Corporation and PF Trustees Limited in its capacity as trustee of RD Trust* | 12-01701-SMB | Morrison & Foerster LLP | Fairfield Greenwich Ltd. (Cayman), Fairfield Greenwich (Bermuda) Ltd. (Bermuda) | Safehand Investments (Cayman), Strongback Holdings Corporation (Malta), PF Trustees Limited in its capacity as trustee of RD Trust (Cayman) | All counts |
| 30 | *Picard v. First Gulf Bank* | 11-02541-SMB | Chalos & Co., P.C. | Fairfield Sentry (BVI) | First Gulf Bank (UAE) | All counts |

11

# **EXHIBIT C**

| Adversary Proceeding Number | Case Name | Replead | Discovery |
|---|---|:---:|:---:|
| 09-01154 | Picard v. Vizcaya Partners Limited | X | |
| 09-01239 | Picard v. Fairfield Sentry Limited | X | |
| 09-01364 | Picard v. HSBC Bank plc | X | |
| 09-01365 | Picard v. Thybo Asset Management Limited | X | X |
| 10-04284 | Picard v. Plaza Investments International Limited | X | X |
| 10-04285 | Picard v. UBS AG | X | |
| 10-04287 | Picard v. Cardinal Management | X | X |
| 10-04330 | Picard v. Square One Fund Ltd | X | X |
| 10-04457 | Picard v. Equity Trading Fund | X | X |
| 10-04471 | Picard v. Citrus Investment Holdings Ltd. | X | X |
| 10-05120 | Picard v. Oreades SICAV | X | X |
| 10-05229 | Picard v. Defender Limited* | X | X |
| 10-05286 | Picard v. Legacy Capital Ltd. | X | |
| 10-05311 | Picard v. UBS AG | X | |
| 10-05345 | Picard v. Citibank, N.A. | X | X |
| 10-05346 | Picard v. Merrill Lynch International | X | X |
| 10-05348 | Picard v. Nomura Bank International plc | X | X |
| 10-05351 | Picard v. Banco Bilbao Vizcaya Argentaria, S.A. | X | X |
| 10-05353 | Picard v. Natixis | X | X |
| 10-05354 | Picard v. ABN AMRO Bank, N.A. | X | X |
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. | X | X |
| 10-05415 | Picard v. American Securities Management, L.P. | X | |
| 11-01724 | Picard v. Pictet et Cie | X | |
| 11-01725 | Picard v. Banque J. Safra (Suisse) SA f/k/a Banque Jacob Safra (Suisse) SA | X | |
| 11-01885 | Picard v. Safra National Bank of New York | X | |
| 11-02149 | Picard v. Banque Syz & Co., SA | X | X |
| 11-02493 | Picard v. Abu Dhabi Investment Authority | X | X |
| 11-02537 | Picard v. Orbita Capital Return Strategy | X | X |
| 11-02538 | Picard v. Quilvest Finance Ltd. | X | X |
| 11-02539 | Picard v. Meritz Fire & Insurance Co. Ltd. | X | X |
| 11-02540 | Picard v. Lion Global Investors Limited | X | X |
| 11-02541 | Picard v. First Gulf Bank | X | X |
| 11-02542 | Picard v. Parson Finance Panama S.A. | X | X |
| 11-02551 | Picard v. Delta National Bank and Trust Company | X | X |
| 11-02553 | Picard v. Unifortune Asset Management SGR SpA | X | X |
| 11-02554 | Picard v. National Bank of Kuwait S.A.K. | X | X |
| 11-02568 | Picard v. Cathay Life Insurance Co. Ltd. | X | X |
| 11-02569 | Picard v. Barclays Bank (Suisse) S.A. | X | X |
| 11-02570 | Picard v. Banca Carige S.P.A. | X | X |
| 11-02571 | Picard v. Banque Privee Espirito Santo S.A. | X | X |
| 11-02572 | Picard v. Korea Exchange Bank | X | X |
| 11-02573 | Picard v. Sumitomo Trust and Banking Co., Ltd. | X | X |
| 11-02730 | Picard v. Atlantic Security Bank | X | X |
| 11-02733 | Picard v. Naidot & Co. | X | X |
| 11-02759 | Picard v. Nomura International plc | X | X |
| 11-02760 | Picard v. ABN Amro Bank N.V. | X | X |
| 11-02761 | Picard v. KBC Investments Limited | X | X |
| 11-02762 | Picard v. Lighthouse Investment Partners LLC | X | X |

| Adversary Proceeding Number | Case Name | Replead | Discovery |
|---|---|---|---|
| 11-02763 | Picard v. Inteligo Bank Ltd. | X | X |
| 11-02784 | Picard v. Somers Dublin Limited | X | X |
| 11-02796 | Picard v. BNP Paribas Arbitrage SNC | X | X |
| 11-02910 | Picard v. Merrill Lynch Bank (Suisse) SA | X | X |
| 11-02922 | Picard v. Bank Julius Baer & Co. Ltd. | X | X |
| 11-02923 | Picard v. Falcon Private Bank Ltd. | X | X |
| 11-02929 | Picard v. LGT Bank in Liechtenstein Ltd. | X | X |
| 12-01002 | Picard v. The Public Institution For Social Security | X | X |
| 12-01004 | Picard v. Fullerton Capital PTE Ltd. | X | X |
| 12-01005 | Picard v. SICO Limited | X | X |
| 12-01019 | Picard v. Banco Itau | X | X |
| 12-01021 | Picard v. Grosvenor Investment Management | X | X |
| 12-01023 | Picard v. Arden Asset Management | X | X |
| 12-01046 | Picard v. SNS Bank N.V. | X | X |
| 12-01047 | Picard v. Koch Industries Inc. | X | X |
| 12-01048 | Picard v. Banco General S.A. | X | X |
| 12-01194 | Picard v. Kookmin Bank | X | X |
| 12-01195 | Picard v. Six Sis AG | X | X |
| 12-01202 | Picard v. Vontobel AG | X | X |
| 12-01205 | Picard v. Multi Strategy Fund Ltd | X | X |
| 12-01207 | Picard v. Lloyds TSB Bank plc | X | X |
| 12-01209 | Picard v. BSI AG | X | X |
| 12-01210 | Picard v. Schroder & Co. | X | X |
| 12-01211 | Picard v. Union Securities | X | X |
| 12-01216 | Picard v. Bank Hapoalim | X | X |
| 12-01512 | Picard v. ZCM Asset Holding Co | X | X |
| 12-01565 | Picard v. Standard Chartered Financial Services | X | X |
| 12-01566 | Picard v. UKFP (Asia) Nominees Ltd. | X | X |
| 12-01576 | Picard v. BNP Paribas S.A. | X | X |
| 12-01577 | Picard v. Dresdner Bank | X | X |
| 12-01690 | Picard v. EFG Bank S.A. | X | X |
| 12-01691 | Picard v. Banque Degroof SA** | X | X |
| 12-01693 | Picard v. Lombard Odier Darier Hentsch & Cie | X | X |
| 12-01694 | Picard v. Banque Cantonale Vaudoise | X | X |
| 12-01695 | Picard v. Bordier & Cie | X | X |
| 12-01697 | Picard v. ABN AMRO Fund Services (Isle of Man) Nominees Limited | X | X |
| 12-01700 | Picard v. Caprice International Group Inc. | X | X |
| 12-01701 | Picard v. RD Trust | X | X |
| 12-01702 | Picard v. Barreneche, Inc. | X | X |

| Adversary Proceeding Number | Case Name | Replead | Discovery |
|---|---|---|---|
| **Trustee Represented by Young Conway** | | | |
| 12-01680 | Picard v. Intesa Sanpaolo SpA | X | X |
| 12-01670 | Picard v. Credit Agricole Corporate and Investment Bank | X | X |
| 12-01669 | Picard v. Barfield Nominees Limited | X | X |
| 12-01022 | Picard v. Credit Agricole (Suisse) S.A. | X | X |
| 11-02758 | Picard v. Caceis Bank Luxembourg | X | X |
| **Trustee Represented by Windels Marx** | | | |
| 11-02731 | Picard v. Trincaster Corporation | X | X |
| 11-02925 | Picard v. Credit Suisse AG, et al. | X | X |
| 12-01025 | Picard v. Solon Capital, Ltd. | X | X |
| 12-01273 | Picard v. Mistral (SPC) | X | X |
| 12-01278 | Picard v. Zephyros Limited | X | X |
| 12-01676 | Picard v. Credit Suisse AG | X | X |
| 12-01677 | Picard v. Societe Generale Private Banking (Suisse) S.A. | X | X |
| 12-01698 | Picard v. Banque Internationale À Luxembourg S.A. | X | X |
| 12-01699 | Picard v. Royal Bank of Canada | X | X |

\* - The Trustee seeks discovery from only the following specific defendant named in this adversary proceeding, Reliance Management (BVI) Ltd., and from its principal, Tim Brockmann.

\*\* - The Trustee seeks discovery from only the following specific defendants named in this adversary proceeding: (i) Banque Degroof SA/NV (a/k/a Banque Degroof Bruxelles a/k/a Banque Degroof SA/NV); (ii) Banque Degroof Luxembourg SA; (iii) Banque Degroof France SA (a/k/a Banque Degroof et Phillipe SA); (iv) Degroof Gestion Institutionnelle Luxembourg SA; (v) Aforge Finance Holding; (vi) Aforge Finance; (vii) Aforge Capital Management SA; and (viii) Aforge Gestion.