**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Fernando A. Bohorquez
Jonathan B. New

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities L.L.C.*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN SECURITIES MANAGEMENT, L.P., formerly known as AMERICAN SECURITIES, L.P., *et al.* <br><br> Defendants. | Adv. Pro. No. 10-05415 (SMB) |

## NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding, which was previously scheduled for December 16, 2015, has been adjourned to **March 30, 2016**.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: December 15, 2015
      New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Jonathan B. New*

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Fernando A. Bohorquez
Email: fbohorquez@bakerlaw.com
Jonathan B. New
Email: jnew@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and the Estate of
Bernard L. Madoff*

**KASOWITZ, BENSON, TORRES, &
FRIEDMAN LLP**

By: */s/ David J. Mark*

1633 Broadway
New York, New York 10019
Telephone: (212) 506-1934
Facsimile: (212) 506-1800
David J. Mark
Email: dmark@kasowitz.com

Daniel J. Fetterman
Email: DFetterman@kasowitz.com

*Attorneys for Defendants*
*David P. Steinmann, individually, as beneficial*
*owner of one or more IRAs, and as custodian*
*for Catherine L. Steinmann;*
*Catherine L. Steinmann;*
*Gabriel B. Steinmann;*
*Joshua Steinmann;*
*Jennifer E. Steinmann;*
*David P. Steinmann IRA Rollover #1 & #2;*
*David Steinmann Defined Benefit Plan;*
*David P. Steinmann Money Purchase Pension*
*Plan;*
*JJG Enterprises; and*
*1185 Park Avenue Foundation, Inc.*

**BARTON, BARTON, & PLOTKIN LLP**

By: */s/ Roger E. Barton*

420 Lexington Avenue
Graybar Building, 18th Floor
New York, New York 10170
Telephone: (212) 885-8816
Facsimile: (212) 687-3667
Roger E. Barton
Email: rbarton@bartonesq.com

*Attorneys for Defendants*
*Abe Mastbaum;*
*Abe Mastbaum IRA;*
*Abe Mastbaum IRA Rollover;*
*Abe Mastbaum IRA SEP; and*
*Jason Mastbaum.*

**MORRISON & FOERSTER LLP**

By: */s/ Carl H. Loewenson, Jr.*

250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000

Facsimile: (212) 687-3667
Carl H. Loewenson, Jr.
Email: cloewenson@mofo.com

*Attorneys for Defendants*
*Benjamin E. Nickoll, as trustee of the Charles*
*D. Klein Generation Skipping Trust DTD*
*7/31/01;*
*CDK Partners;*
*Nan M. Harman, as trustee of the Visalia Trust*
*UAD;*
*Reed L. Harman, as trustee of the Visalia Trust*
*UAD;*
*The Nan M. and Reed L. Harman Foundation;*
*Andrew B. Klein, individually, as beneficial*
*owner of one or more IRAs, as trustee and*
*beneficiary of the Charles D. Klein Generation*
*Skipping Trust DTD 7/31/01, as trustee of the*
*Andrew Klein Trust DTD 12/27/97, as trustee*
*of the Elizabeth Klein Trust DTD 12/27/97 and*
*as grantor and trustee of the Andrew B. Klein*
*1997 Trust DTD 5/15/97;*
*Charles D. Klein, individually, as beneficial*
*owner of one or more IRAs, as custodian*
*and/or trustee of the Charles D. Klein Money*
*Purchase Pension Plan, as beneficiary of the*
*Charles D. Klein Generation Skipping Trust*
*DTD 7/31/01, as custodian and/or trustee of*
*the Jane P. & Charles D. Klein Foundation,*
*and as custodian and/or trustee of The Charles*
*and Jane Klein Family Fund;*
*Elizabeth Klein, individually, as trustee and*
*beneficiary of the Charles D. Klein Generation*
*Skipping Trust DTD 7/31/01 and as trustee and*
*beneficiary of the Elizabeth Klein Trust DTD*
*12/27/97;*
*Jane P. Klein, individually, as beneficial owner*
*of an IRA, as custodian for Andrew B. Klein*
*and Elizabeth Klein, as trustee of the Trust*
*under will of Donald W. Parsons FBO Jane P.*
*Klein, as trustee of the Elizabeth Klein Trust*
*DTD 12/27/97, as trustee of the Charles D.*
*Klein Generation Skipping Trust DTD 7/31/01,*
*and as trustee of the Andrew Klein 1997 Trust*
*DTD 5/15/97;*
*The Charles and Jane Klein Family Fund;*

4

*Klein Family Holdings, L.L.C.;*
*Jane P. Klein IRA;*
*Charles D. Klein IRA Rollover;*
*Charles D. Klein Money Purchase Pension*
*Plan;*
*Joseph A. Rossetti, as beneficial owner of an*
*IRA;*
*Joseph A. Rossetti IRA Rollover;*
*Susan C. Wolfe, as trustee of the Trust under*
*will of Donald W. Parsons FBO Jane P. Klein;*
*Laila Hafner, as beneficial owner of an IRA;*
*Laila Hafner IRA;*
*Michael G. Fisch;*
*Michael G. Fisch IRA;*
*Michael G. Fisch Profit Sharing Plan;*
*Arlene Marie Pettingill;*
*Laura M. Roberson-Fisch, as beneficial owner*
*of an IRA ;*
*Laura M. Roberson-Fisch Money Purchase;*
*Pension Plan; and*
*Laura M. Roberson-Fisch Profit Sharing Plan.*


**PROSKAUER ROSE LLP**

By: */s/ Marissa Tillem*

Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Marissa Tillem
Email: mtillem@proskauer.com
Gregg M. Mashberg
Email: GMashberg@proskauer.com

*Attorneys for Defendants*
*Laurence Ach;*
*Joyce Goldstein, individually, as beneficial*
*owner of an IRA, and as trustee of the Neil B.*
*Goldstein 2007 Trust;*
*Joyce Goldstein IRA;*
*Neil B. Goldstein, individually, as beneficial*
*owner of one or more IRAs, as grantor of the*
*Neil B. Goldstein 2007 Trust, and as*
*beneficiary of the Jean Weiner 1991 Grantor*

*Retained Annuity Trust;*
*Neil B. Goldstein IRA Rollover;*
*South Lake, L.L.C.; and*
*Darmel Management, L.L.C.*


**PRYOR CASHMAN LLP**

By: */s/ Donald S. Zakarin*

7 Times Square
New York, New York 10036
Telephone: (212) 326-0108
Facsimile: (212) 798-6306
Donald S. Zakarin
Email: dzakarin@pryorcashman.com

*Attorneys for Defendants*
*Rachel Ostow Lustbader as Executrix of the*
*Estate of Miriam Furst Ostow; and*
*Estate of Miriam Furst Ostow.*


**HALPERIN BATTAGLIA RAICHT LLP**

By: */s/ Scott A. Ziluck*

40 Wall Street, 37th Floor
New York, New York 10005
Telephone: (212) 765-9100
Facsimile: (212) 765-0964
Scott A. Ziluck
Email: sziluck@halperinlaw.net

*Attorneys for Defendant*
*Judy Steinberg Kovler*


**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Anthony L. Paccione*

575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776

Anthony L. Paccione
Email: anthony.paccione@kattenlaw.com
Allison M. Wuertz
allison.wuertz@kattenlaw.com

*Attorneys for Defendants*
*George Anagnos;*
*Josephine G. Anagnos;*
*Steven Anagnos; and*
*Maria Anagnos-Pierce.*

**STORCH AMINI & MUNVES PC**

By: */s/ Steven G. Storch*

2 Grand Central Tower
140 East 45 Street, 25th FL
New York, New York 10017
Telephone: (212) 490-4100
Facsimile: (212) 490-4208
Steven G. Storch
Email: sstorch@samlegal.com

*Attorneys for Defendants*
*PJ Administrator, L.L.C., formerly known as PJ*
*Associates Group, L.P.;*
*PJ Associates GP Corp.; and*
*PJ Associates Group, L.P. DBA PJ*
*Administrator, L.L.C.*

By: */s/ Ivo Rothschild*

P.O. Box 609, Station B
Montreal, Quebec H3B3K3 Canada
*On Behalf of pro se Defendant*
*Ivo Rothschild*

By: */s/ Wallace Aptman*

1654 Bridgewood Drive
Boca Raton, Florida 33434
*On Behalf of pro se Defendants*
*Wallace Aptman and*
*Wallace Aptman IRA Rollover Account*

By: */s/ Joseph J. Nicholson*

2117 NW 2nd Ave
Wilton Manors, FL  33311
*On Behalf of pro se Defendant*
*Joseph J. Nicholson individually and as Trustee*
*of the Joseph J. Nicholson Charitable*
*Remainder Unitrust*

**AKERMAN LLP**

By: */s/ Dean A. Dickie*

71 South Wacker Drive
46th Floor
Chicago, IL 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Dean A. Dickie
Email: dean.dickie@akerman.com

*Attorneys for Defendants*
*Anthony R. Grillo as Trustee of the Joseph J.*
*Nicholson Charitable Remainder Unitrust and*
*Barry F. Margolius as Trustee of the Joseph J.*
*Nicholson Charitable Remainder Unitrust.*

**KORNSTEIN VEISZ WEXLER &**
**POLLARD, LLP**

By: */s/ Daniel J. Kornstein*

757 Third Avenue
New York, New York 10017
Telephone: (212) 418-8600
Facsimile: (212) 826-3640
William B. Pollard
Email: wpollard@kvwmail.com
Ina R. Bort
Email: ibort@kvwmail.com
Daniel J. Kornstein
Email: dkornstein@kvwmail.com
Amy C. Gross

Email: agross@kvwmail.com

*Attorneys for Defendants*
*American Securities Management, L.P., f/k/a*
*American Securities, L.P.;*
*American Securities Opportunity Fund, L.P.;*
*American Securities Holdings Corp.;*
*American Securities Group, L.L.C.;*
*AS Hirota Holdings Corp.;*
*Elizabeth R. Varet, individually, and as*
*custodian for Joseph R. Varet, as custodian*
*and/or Trustee of the Elizabeth R. Varet Money*
*Purchase Pension Plan, as grantor of the 2004*
*V Trust for Elizabeth R. Varet, as trustee of the*
*Apollo Trust for Alice R. Sigelman UAD*
*2/10/69, as trustee and beneficiary of the Apollo*
*Trust for Elizabeth R. Varet UAD 2/10/69, as*
*trustee of the Apollo Trust 2/10/69 FBO Nina*
*Rosenwald, as settlor of Michael A. Varet Trust*
*UAD 11/9/94, as settlor of the Trust 11/9/94 (A.*
*Anagnos et. al., Trustees), as trustee of the Issue*
*1 Trust UAD 8/30/41 FBO Nina Rosenwald, as*
*trustee of the Issue 1 Trust UAD 8/30/41 FBO*
*Alice Rosenwald, as trustee and beneficiary of*
*the Issue 1 Trust UAD 8/30/41 FBO Elizabeth*
*R. Varet, as trustee of the Issue Trust 5 UAD*
*9/28/51 FBO Nina Rosenwald, as trustee of*
*Issue Trust 5 UAD 9/28/51 FBO Alice*
*Rosenwald, as trustee of the Issue Trust 5 UAD*
*9/28/51 FBO Benjamin R. Sigelman, as trustee*
*of the Issue Trust 5 UAD 9/28/51 FBO Jonathan*
*R. Sigelman, as trustee of the Issue Trust 5 UAD*
*9/28/51 FBO David R. Varet, as beneficiary of*
*the Issue Trust 5 UAD 9/28/51 FBO Elizabeth*
*R. Varet, as trustee of the Issue Trust 5 UAD*
*9/28/51 FBO Joseph R. Varet, as trustee and*
*Beneficiary of the Issue Trust 6 UAD 8/13/65*
*FBO Elizabeth R. Varet, as trustee of the Issue*
*Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as*
*trustee of the Issue Trust 6 UAD 8/13/65 FBO*
*Nina Rosenwald, as trustee of the Trust UAD*
*3/4/92 FBO Benjamin R. Sigelman, and as*
*trustee of the Trust UAD 3/4/92 FBO Jonathan*
*R. Sigelman;*
*Stuart H. Coleman, as trustee of the Apollo*
*Trust for Elizabeth R. Varet UAD 2/10/69, as*

*trustee of the Apollo Trust 2/10/69 FBO Nina
Rosenwald, as trustee of Issue 1 Trust UAD
8/30/41 FBO Nina Rosenwald, as trustee of
Issue 1 Trust UAD 8/30/41 FBO Elizabeth R.
Varet, as trustee of Issue 1 Trust UAD 8/30/41
FBO Alice Rosenwald, as trustee of Issue Trust
5 UAD 9/28/51 FBO Alice Rosenwald, as
trustee of Issue Trust 5 UAD 9/28/51 FBO Nina
Rosenwald, as trustee of Issue Trust 5 UAD
9/28/51 FBO Benjamin R. Sigelman, as trustee
of Issue Trust 5 UAD 9/28/51 FBO Jonathan R.
Sigelman, as trustee of Issue Trust 5 UAD
9/28/51 FBO David R. Varet, as trustee of Issue
Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet,
as trustee of Issue Trust 6 UAD 8/13/65 FBO
Elizabeth R. Varet, as trustee of Issue Trust 6
UAD 8/13/65 FBO Alice Rosenwald and as
trustee of Issue Trust 6 UAD 8/13/65 FBO Nina
Rosenwald;
Ellen V. Greenspan, as trustee of the Trust
11/9/94 (A. Anagnos et. al., trustees);
Alice Rosenwald a/k/a Alice Sigelman,
individually, as custodian for Jonathan
Sigelman, as custodian for Benjamin R.
Sigelman, as trustee and beneficiary of Issue 1
Trust UAD 8/30/41 FBO Alice Rosenwald, as
trustee and beneficiary of Issue Trust 6 UAD
8/13/65 FBO Alice Rosenwald, as trustee of the
Apollo Trust for Elizabeth R. Varet UAD
2/10/69, as trustee of the Apollo Trust 2/10/69
FBO Nina Rosenwald, as trustee of Issue 1
Trust UAD 8/30/41 FBO Nina Rosenwald, as
trustee of Issue 1 Trust UAD 8/30/41 FBO
Elizabeth R. Varet, as trustee of Issue Trust 5
UAD 9/28/51 FBO Jonathan R. Sigelman, as
trustee of Issue Trust 5 UAD 9/28/51 FBO
David R. Varet, as trustee of Issue Trust 5 UAD
9/28/51 FBO Elizabeth R. Varet, as trustee of
Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet,
as trustee of Issue Trust 6 UAD 8/13/65 FBO
Elizabeth R. Varet, as trustee of Issue Trust 6
UAD 8/13/65 FBO Nina Rosenwald and as
Executrix of the Estate of Jesse L. Sigelman;
Nina Rosenwald, individually, as trustee of the
Apollo Trust for Elizabeth R. Varet UAD
2/10/69, as trustee of Issue 1 Trust UAD 8/30/41*

*FBO Alice Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee and beneficiary of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee and beneficiary of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald and as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald;*

*Benjamin R. Sigelman, individually, as beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, and as beneficiary of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman;*

*Jonathan R. Sigelman, individually, and as beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as beneficiary of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman;*

*The Estate of Jesse L. Sigelman;*

*David R. Varet;*

*Joseph R. Varet, individually, and as beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet;*

*Michael A. Varet, individually, as beneficial owner of one or more IRAs, as custodian for David R. Varet and Sarah R. Varet, and as trustee of the Michael A. Varet Trust UAD 11/9/94;*

*Sarah R. Varet, individually and as trustee and beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet;*

*Elizabeth R. Varet IRA Rollover;*

*Michael A. Varet IRA Rollover;*

*Michael A. Varet IRA Rollover #2;*

*Elizabeth R. Varet Defined Benefit Plan & Trust;*

*Elizabeth R. Varet Money Purchase Pension Plan;*

*Decimal Investments, L.L.C.;*

*Hudson Charitable Fund;*
*P&I Partners;*
*The Abstraction Fund;*
*American Philanthropic Foundation;*
*Anchorage Charitable Fund;*
*JJG Foundation, Inc.;*
*Metropolitan Philanthropic Fund, Inc.*
*Alice Rosenwald Fund;*
*William Rosenwald Family Fund, Inc.;*
*James R. Ledley, as trustee of Issue Trust 5*
*UAD 9/28/51 FBO Jonathan R. Sigelman and as*
*trustee of the Trust UAD 3/4/92 FBO Jonathan*
*R. Sigelman;*
*Alexander G. Anagnos as trustee of the 2004 V*
*Trust and as trustee of Trust 11/9/94 (A.*
*Anagnos et al., trustees);*
*Ronald Stein as trustee of the Trust UAD 3/4/92*
*FBO Benjamin R. Sigelman and as trustee of the*
*Trust UAD 3/4/92 FBO Jonathan R. Sigelman;*
*Belinda Clarke, as trustee for the Concorde*
*1987 Trust DTD 12/9/87; and*
*Peter Pearman, as trustee for the Concorde*
*1987 Trust DTD 12/9/87.*

**Exhibit A**

| Defendants |
|---|
| 1185 Park Avenue Foundation, Inc. |
| Abe Mastbaum |
| Abe Mastbaum IRA |
| Abe Mastbaum IRA Rollover |
| Abe Mastbaum IRA SEP |
| Abstraction Fund |
| Alexander G. Anagnos, as trustee |
| Alice Rosenwald a/k/a Alice R. Sigelman |
| Alice Rosenwald Fund |
| American Philanthropic Foundation |
| American Securities Group, L.L.C. |
| American Securities Holdings Corp. |
| American Securities Management, L.P., f/k/a American Securities, L.P. |
| American Securities Opportunity Fund, L.P. |
| Anchorage Charitable Fund |
| Andrew B. Klein |
| Anthony R. Grillo, as trustee |
| Arlene Marie Pettingill |
| AS Hirota Holdings Corp. |
| Barry F. Margolius, as trustee |
| Belinda Clarke, as trustee |
| Benjamin E. Nickoll, as trustee |
| Benjamin R. Sigelman |
| Catherine L. Steinmann |
| CDK Partners |
| Charles D. Klein |
| Charles D. Klein IRA Rollover |
| Charles D. Klein Money Purchase Pension Plan |
| Darmel Management, L.L.C. |
| David P. Steinmann |
| David P. Steinmann IRA Rollover #1 |
| David P. Steinmann IRA Rollover #2 |
| David P. Steinmann Money Purchase Pension Plan |
| David R. Varet |
| David Steinmann Defined Benefit Plan |
| Decimal Investments, L.L.C. |
| Elizabeth Klein |
| Elizabeth R. Varet |
| Elizabeth R. Varet Defined Benefit Plan & Trust |
| Elizabeth R. Varet IRA Rollover |
| Elizabeth Varet Money Purchase Pension Plan |
| Ellen V. Greenspan, as trustee |
| Estate of Jesse L. Sigelman |

| Defendants |
| --- |
| Estate of Miriam Furst-Ostow |
| Gabriel B. Steinmann |
| George Anagnos |
| Hudson Charitable Fund |
| Ivo Rothschild |
| James R. Ledley, as trustee |
| Jane P. Klein |
| Jane P. Klein IRA |
| Jason Mastbaum |
| Jennifer E. Steinmann |
| JJG Enterprises |
| JJG Foundation, Inc. |
| Jonathan R. Sigelman |
| Joseph A. Rossetti IRA Rollover |
| Joseph A. Rossetti, as beneficial owner of an IRA |
| Joseph J. Nicholson |
| Joseph R. Varet |
| Josephine G. Anagnos |
| Joshua Steinmann |
| Joyce W. Goldstein |
| Joyce W. Goldstein IRA |
| Judy Steinberg Kovler |
| Klein Family Holdings, L.L.C. |
| Laila Hafner IRA |
| Laila Hafner, as beneficial owner of an IRA |
| Laura M. Roberson-Fisch IRA |
| Laura M. Roberson-Fisch Money Purchase Pension Plan |
| Laura M. Roberson-Fisch Profit Sharing Plan |
| Laura M. Roberson-Fisch, as beneficial owner of an IRA |
| Laurence Ach, as trustee |
| Maria Anagnos-Pierce |
| Metropolitan Philanthropic Fund, Inc. |
| Michael A. Varet |
| Michael A. Varet IRA Rollover |
| Michael A. Varet IRA Rollover #2 |
| Michael G. Fisch |
| Michael G. Fisch IRA |
| Michael G. Fisch Profit Sharing Plan |
| Minor #1 |
| Nan M. Harman, as trustee |
| Neil B. Goldstein |
| Neil B. Goldstein IRA Rollover |
| Nina Rosenwald |

**Exhibit A**

| Defendants |
| --- |
| P&I Partners |
| Peter Pearman, as trustee |
| PJ Administrator, L.L.C. |
| PJ Associates Group GP Corp. |
| PJ Associates Group, L.P. |
| Rachael Ostow Lustbader, as executrix |
| Reed L. Harman, as trustee |
| Ronald J. Stein, as trustee |
| Sarah R. Varet |
| South Lake, L.L.C. |
| Steven Anagnos |
| Stuart H. Coleman, as trustee |
| Susan C. Wolfe, as trustee |
| The Charles and Jane Klein Family Fund |
| The Reed L. Harman and Nan M. Harman Foundation |
| Wallace Aptman |
| Wallace Aptman IRA Rollover |
| William Rosenwald Family Fund, Inc. |