**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Fernando A. Bohorquez
Jonathan B. New
David W. Rice

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities L.L.C. and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SECURITIES MANAGEMENT, L.P., formerly known as AMERICAN SECURITIES, L.P., *et al.*<br><br>Defendants. | Adv. Pro. No. 10-05415 (SMB) |

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding, which was previously scheduled for June 29, 2016, has been adjourned to **September 28, 2016 at 10:00 a.m.**.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: June 23, 2016
New York, New York

**BAKER & HOSTETLER LLP**

By: *<u>/s/ Keith R. Murphy</u>*

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Fernando A. Bohorquez
Email: fbohorquez@bakerlaw.com
Jonathan B. New
Email: jnew@bakerlaw.com
David W. Rice
Email: drice@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**KASOWITZ, BENSON, TORRES, & FRIEDMAN LLP**

By: *<u>/s/ David J. Mark</u>*

1633 Broadway
New York, New York 10019
Telephone: (212) 506-1934

Facsimile: (212) 506-1800
David J. Mark
Email: dmark@kasowitz.com
Daniel J. Fetterman
Email: dfetterman@kasowitz.com

*Attorneys for Defendants*
*David P. Steinmann, individually, as beneficial owner of one or more IRAs, and as custodian for Catherine L. Steinmann;*
*Catherine L. Steinmann;*
*Gabriel B. Steinmann;*
*Joshua Steinmann;*
*Jennifer E. Steinmann;*
*David P. Steinmann IRA Rollover #1 & #2;*
*David Steinmann Defined Benefit Plan;*
*David P. Steinmann Money Purchase Pension Plan;*
*JJG Enterprises; and*
*1185 Park Avenue Foundation, Inc.*

**BARTON, BARTON, & PLOTKIN LLP**

By: */s/ Roger E. Barton*

420 Lexington Avenue
Graybar Building, 18th Floor
New York, New York 10170
Telephone: (212) 885-8816
Facsimile: (212) 687-3667
Roger E. Barton
Email: rbarton@bartonesq.com

*Attorney for Defendants*
*Abe Mastbaum;*
*Abe Mastbaum IRA;*
*Abe Mastbaum IRA Rollover;*
*Abe Mastbaum IRA SEP; and*
*Jason Mastbaum.*

**MORRISON & FOERSTER LLP**

By: */s/ Carl H. Loewenson, Jr.*

250 West 55th Street
New York, New York 10019-9601
Telephone: (212) 468-8000
Facsimile: (212) 687-3667
Carl H. Loewenson, Jr.
Email: cloewenson@mofo.com
Justin D. Mayer
Email: jmayer@mofo.com

*Attorneys for Defendants*
*Benjamin E. Nickoll, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01;*
*CDK Partners;*
*Nan M. Harman, as trustee of the Visalia Trust UAD;*
*Reed L. Harman, as trustee of the Visalia Trust UAD;*
*The Nan M. and Reed L. Harman Foundation;*
*Andrew B. Klein, individually, as beneficial owner of one or more IRAs, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as trustee of the Andrew Klein Trust DTD 12/27/97, as trustee of the Elizabeth Klein Trust DTD 12/27/97 and as grantor and trustee of the Andrew B. Klein 1997 Trust DTD 5/15/97;*
*Charles D. Klein, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Charles D. Klein Money Purchase Pension Plan, as beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as custodian and/or trustee of the Jane P. & Charles D. Klein Foundation, and as custodian and/or trustee of The Charles and Jane Klein Family Fund;*
*Elizabeth Klein, individually, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee and beneficiary of the Elizabeth Klein Trust DTD 12/27/97;*
*Jane P. Klein, individually, as beneficial owner*

*of an IRA, as custodian for Andrew B. Klein and Elizabeth Klein, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein, as trustee of the Elizabeth Klein Trust DTD 12/27/97, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, and as trustee of the Andrew Klein 1997 Trust DTD 5/15/97;*
*The Charles and Jane Klein Family Fund;*
*Klein Family Holdings, L.L.C.;*
*Jane P. Klein IRA;*
*Charles D. Klein IRA Rollover;*
*Charles D. Klein Money Purchase Pension Plan;*
*Joseph A. Rossetti, as beneficial owner of an IRA;*
*Joseph A. Rossetti IRA Rollover;*
*Susan C. Wolfe, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein;*
*Laila Hafner, as beneficial owner of an IRA;*
*Laila Hafner IRA;*
*Michael G. Fisch;*
*Michael G. Fisch IRA;*
*Michael G. Fisch Profit Sharing Plan;*
*Arlene Marie Pettingill;*
*Laura M. Roberson-Fisch, as beneficial owner of an IRA ;*
*Laura M. Roberson-Fisch Money Purchase; Pension Plan; and*
*Laura M. Roberson-Fisch Profit Sharing Plan.*

**PROSKAUER ROSE LLP**

By: */s/ Marissa Tillem*

Eleven Times Square
New York, New York 10036
Telephone: (212) 969-3000
Facsimile: (212) 969-2900
Marissa Tillem
Email: mtillem@proskauer.com
Gregg M. Mashberg
Email: gmashberg@proskauer.com

*Attorneys for Defendants*

*Laurence Ach;*
*Joyce Goldstein, individually, as beneficial owner of an IRA, and as trustee of the Neil B. Goldstein 2007 Trust;*
*Joyce Goldstein IRA;*
*Neil B. Goldstein, individually, as beneficial owner of one or more IRAs, as grantor of the Neil B. Goldstein 2007 Trust, and as beneficiary of the Jean Weiner 1991 Grantor Retained Annuity Trust;*
*Neil B. Goldstein IRA Rollover;*
*South Lake, L.L.C.; and*
*Darmel Management, L.L.C.*

**KATTEN MUCHIN ROSENMAN LLP**

By: */s/ Anthony L. Paccione*

575 Madison Avenue
New York, New York 10022
Telephone: (212) 940-8800
Facsimile: (212) 940-8776
Anthony L. Paccione
Email: anthony.paccione@kattenlaw.com
Allison M. Wuertz
Email: allison.wuertz@kattenlaw.com

*Attorneys for Defendants*
*George Anagnos;*
*Josephine G. Anagnos;*
*Steven Anagnos; and*
*Maria Anagnos-Pierce.*

**STORCH AMINI & MUNVES PC**

By: */s/ Steven G. Storch*

2 Grand Central Tower
140 East 45 Street, 25th FL
New York, New York 10017
Telephone: (212) 490-4100
Facsimile: (212) 490-4208
Steven G. Storch
Email: sstorch@samlegal.com

*Attorney for Defendants*
*PJ Administrator, L.L.C., formerly known as PJ Associates Group, L.P.;*
*PJ Associates GP Corp.; and*
*PJ Associates Group, L.P. DBA PJ Administrator, L.L.C.*

By: */s/ Ivo Rothschild*

P.O. Box 609, Station B
Montreal, Quebec H3B3K3 Canada
*On Behalf of pro se Defendant*
*Ivo Rothschild*

By: */s/ Wallace Aptman*

1654 Bridgewood Drive
Boca Raton, Florida 33434
*On Behalf of pro se Defendants*
*Wallace Aptman and*
*Wallace Aptman IRA Rollover Account*

By: */s/ Joseph J. Nicholson*

2117 NW 2nd Ave
Wilton Manors, FL 33311
*On Behalf of pro se Defendant*
*Joseph J. Nicholson individually and as Trustee of the Joseph J. Nicholson Charitable Remainder Unitrust*

**AKERMAN LLP**

By: */s/ Dean A. Dickie*

71 South Wacker Drive
46th Floor
Chicago, IL 60606
Telephone: (312) 634-5700
Facsimile: (312) 424-1900
Dean A. Dickie

Email: dean.dickie@akerman.com

*Attorney for Defendants*
*Anthony R. Grillo as Trustee of the Joseph J. Nicholson Charitable Remainder Unitrust and Barry F. Margolius as Trustee of the Joseph J. Nicholson Charitable Remainder Unitrust.*

**EMERY CELLI BRINCKEROFF & ABADY LLP**

By: /s/ Daniel J. Kornstein

600 Fifth Avenue
10th Floor
New York, New York 10020
Telephone: (212) 763-5000
Facsimile: (212) 763-5001
Daniel J. Kornstein
Email: dkornstein@ecbalaw.com

*Attorney for Defendants*
*American Securities Management, L.P., f/k/a American Securities, L.P.;*
*American Securities Opportunity Fund, L.P.;*
*American Securities Holdings Corp.;*
*American Securities Group, L.L.C.;*
*AS Hirota Holdings Corp.;*
*Elizabeth R. Varet, individually, and as custodian for Joseph R. Varet, as custodian and/or Trustee of the Elizabeth R. Varet Money Purchase Pension Plan, as grantor of the 2004 V Trust for Elizabeth R. Varet, as trustee of the Apollo Trust for Alice R. Sigelman UAD 2/10/69, as trustee and beneficiary of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as settlor of Michael A. Varet Trust UAD 11/9/94, as settlor of the Trust 11/9/94 (A. Anagnos et. al., Trustees), as trustee of the Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of the Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee and beneficiary of the Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of the Issue Trust 5 UAD*

*9/28/51 FBO Nina Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee of the Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of the Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of the Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of the Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet, as trustee and Beneficiary of the Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of the Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of the Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman, and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman;*
*Stuart H. Coleman, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald and as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald;*
*Ellen V. Greenspan, as trustee of the Trust 11/9/94 (A. Anagnos et. al., trustees);*
*Alice Rosenwald a/k/a Alice Sigelman, individually, as custodian for Jonathan Sigelman, as custodian for Benjamin R. Sigelman, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as*

*trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald and as Executrix of the Estate of Jesse L. Sigelman;*
*Nina Rosenwald, individually, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee and beneficiary of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee and beneficiary of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald and as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald;*
*Benjamin R. Sigelman, individually, as beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, and as beneficiary of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman;*
*Jonathan R. Sigelman, individually, and as beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as beneficiary of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman;*
*The Estate of Jesse L. Sigelman;*

*David R. Varet;*
*Joseph R. Varet, individually, and as beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet;*
*Michael A. Varet, individually, as beneficial owner of one or more IRAs, as custodian for David R. Varet and Sarah R. Varet, and as trustee of the Michael A. Varet Trust UAD 11/9/94;*
*Sarah R. Varet, individually and as trustee and beneficiary of the Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet;*
*Elizabeth R. Varet IRA Rollover;*
*Michael A. Varet IRA Rollover;*
*Michael A. Varet IRA Rollover #2;*
*Elizabeth R. Varet Defined Benefit Plan & Trust;*
*Elizabeth R. Varet Money Purchase Pension Plan;*
*Decimal Investments, L.L.C.;*
*Hudson Charitable Fund;*
*P&I Partners;*
*The Abstraction Fund;*
*American Philanthropic Foundation;*
*Anchorage Charitable Fund;*
*JJG Foundation, Inc.;*
*Metropolitan Philanthropic Fund, Inc.*
*Alice Rosenwald Fund;*
*William Rosenwald Family Fund, Inc.;*
*James R. Ledley, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman;*
*Alexander G. Anagnos as trustee of the 2004 V Trust and as trustee of Trust 11/9/94 (A. Anagnos et al., trustees);*
*Ronald Stein as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman;*
*Belinda Clarke, as trustee for the Concorde 1987 Trust DTD 12/9/87; and*
*Peter Pearman, as trustee for the Concorde 1987 Trust DTD 12/9/87.*

**Exhibit A**

| Defendants |
| --- |
| 1185 Park Avenue Foundation, Inc. |
| Abe Mastbaum |
| Abe Mastbaum IRA |
| Abe Mastbaum IRA Rollover |
| Abe Mastbaum IRA SEP |
| Abstraction Fund |
| Alexander G. Anagnos, as trustee |
| Alice Rosenwald a/k/a Alice R. Sigelman |
| Alice Rosenwald Fund |
| American Philanthropic Foundation |
| American Securities Group, L.L.C. |
| American Securities Holdings Corp. |
| American Securities Management, L.P., f/k/a American Securities, L.P. |
| American Securities Opportunity Fund, L.P. |
| Anchorage Charitable Fund |
| Andrew B. Klein |
| Anthony R. Grillo, as trustee |
| Arlene Marie Pettingill |
| AS Hirota Holdings Corp. |
| Barry F. Margolius, as trustee |
| Belinda Clarke, as trustee |
| Benjamin E. Nickoll, as trustee |
| Benjamin R. Sigelman |
| Catherine L. Steinmann |
| CDK Partners |
| Charles D. Klein |
| Charles D. Klein IRA Rollover |
| Charles D. Klein Money Purchase Pension Plan |
| Darmel Management, L.L.C. |
| David P. Steinmann |
| David P. Steinmann IRA Rollover #1 |
| David P. Steinmann IRA Rollover #2 |
| David P. Steinmann Money Purchase Pension Plan |
| David R. Varet |
| David Steinmann Defined Benefit Plan |
| Decimal Investments, L.L.C. |
| Elizabeth Klein |
| Elizabeth R. Varet |
| Elizabeth R. Varet Defined Benefit Plan & Trust |
| Elizabeth R. Varet IRA Rollover |
| Elizabeth Varet Money Purchase Pension Plan |
| Ellen V. Greenspan, as trustee |
| Estate of Jesse L. Sigelman |

**Exhibit A**

| Defendants |
|---|
| Gabriel B. Steinmann |
| George Anagnos |
| Hudson Charitable Fund |
| Ivo Rothschild |
| James R. Ledley, as trustee |
| Jane P. Klein |
| Jane P. Klein IRA |
| Jason Mastbaum |
| Jennifer E. Steinmann |
| JJG Enterprises |
| JJG Foundation, Inc. |
| Jonathan R. Sigelman |
| Joseph A. Rossetti IRA Rollover |
| Joseph A. Rossetti, as beneficial owner of an IRA |
| Joseph J. Nicholson |
| Joseph R. Varet |
| Josephine G. Anagnos |
| Joshua Steinmann |
| Joyce W. Goldstein |
| Joyce W. Goldstein IRA |
| Klein Family Holdings, L.L.C. |
| Laila Hafner IRA |
| Laila Hafner, as beneficial owner of an IRA |
| Laura M. Roberson-Fisch IRA |
| Laura M. Roberson-Fisch Money Purchase Pension Plan |
| Laura M. Roberson-Fisch Profit Sharing Plan |
| Laura M. Roberson-Fisch, as beneficial owner of an IRA |
| Laurence Ach, as trustee |
| Maria Anagnos-Pierce |
| Metropolitan Philanthropic Fund, Inc. |
| Michael A. Varet |
| Michael A. Varet IRA Rollover |
| Michael A. Varet IRA Rollover #2 |
| Michael G. Fisch |
| Michael G. Fisch IRA |
| Michael G. Fisch Profit Sharing Plan |
| Minor #1 |
| Nan M. Harman, as trustee |
| Neil B. Goldstein |
| Neil B. Goldstein IRA Rollover |
| Nina Rosenwald |
| P&I Partners |
| Peter Pearman, as trustee |

**Exhibit A**

| **Defendants** |
|---|
| PJ Administrator, L.L.C. |
| PJ Associates Group GP Corp. |
| PJ Associates Group, L.P. |
| Reed L. Harman, as trustee |
| Ronald J. Stein, as trustee |
| Sarah R. Varet |
| South Lake, L.L.C. |
| Steven Anagnos |
| Stuart H. Coleman, as trustee |
| Susan C. Wolfe, as trustee |
| The Charles and Jane Klein Family Fund |
| The Reed L. Harman and Nan M. Harman Foundation |
| Wallace Aptman |
| Wallace Aptman IRA Rollover |
| William Rosenwald Family Fund, Inc. |